UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                        Chapter 11

THE ALBERT LINDLEY LEE MEMORIAL            Case No. 09-30845 (MCR)
HOSPITAL a/k/a A.L. LEE MEMORIAL
HOSPITAL,

                            Debtor.
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Lisa Indelicato, an employee of Arent Fox LLP, being over the age of 18 and residing in Flushing, New York, hereby certify that on August 23, 2010, I electronically filed the *Fourth Interim Application of Arent Fox LLP, as Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2010 through July 31, 2010* (the "Application") with the Court using the CM/ECF system, which sent notification of such filing to the following individuals:

                            Matthew E. Bergeron, Esq.
                            Tracy Hope Davis, Esq.
                            Stephen A. Donato, Esq.
                            Amish R. Doshi, Esq.
                            John M. Dubuc, Esq.
                            Amy B. Egitton, Esq.
                            Kelly C. Griffith, Esq.
                            Charles A. Gruen, Esq.
                            Camille Wolnik Hill, Esq.
                            Robert M. Hirsh, Esq.
                            Wendy A. Kinsella, Esq.
                            Steven Koton, Esq.
                            William F. Larkin, Esq.
                            Nancy Hershey Lord, Esq.
                            Frank F. McGinn, Esq.
                            Vicente M. Murrell, Esq.
                            Patrick G. Radel, Esq.
                            Aaron J. Ryder, Esq.
                            Neil Joseph Smith, Esq.
                            Joseph P. Stanley, Esq.

NYC/502814.1

Stephen A. Syzdek, Esq.
Sara C. Temes, Esq.
Kevin W. Tompsett, Esq.
Guy A. Van Baalen, Esq.
Lee E. Woodard, Esq.

And I hereby certify that on August 24, 2010 I mailed, via first class mail using the United States Postal Service for the State of New York, copies of the *Application* to the individuals on the annexed service list.

*/s/ Lisa Indelicato*
Lisa Indelicato

NYC/502814.1

**SERVICE LIST**

| | |
|---|---|
| Camille Wolnik Hill<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1355<br>*Counsel to the Debtor* | Aaron D. Diegman, Esq.<br>Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI 53212-1059 |
| Guy A. Van Baalen, Esq.<br>Office of the United States Trustee<br>105 U.S. Courthouse<br>10 Broad Street<br>Utica, NY 13501 | HSBC Bank USA<br>Attn: Fred Aldrich<br>One South First Street<br>Fulton, NY 13069 |
| Mary Ann Anglin<br>NYS Department of Health<br>Corning Tower, Empire State Plaza<br>Room 1135<br>Albany, NY 12237 | Nancy Lord, Esq.<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224 |
| Al Davidoff, Vice President<br>Ruth Heller<br>1199 SEIU United Healthcare Workers East<br>404 Oak Street<br>P.O. Box 6389<br>Syracuse, NY 13203 | Key Bank<br>P.O. Box 22114<br>Albany, NY 12201-2114<br><br>Key Bank<br>121 South First Street<br>Fulton, NY 13069 |

Jennifer Gale Smith, Esq.
McMahon, Kublick & Smith, P.C.
500 South Salina Street
Syracuse, NY 13202

Eric P. Stonehill, Esq.
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534

Mimi C. Satter, Esq.
Satter & Andrews, LLP
217 S. Salina Street, 6th Floor
Syracuse, NY 13202

Matthew J. Barbaro, Esq.
NYS Department of Health
Division of Legal Affairs
Corning Tower, Empire State Plaza
Room 2438
Albany, NY 12237-0026

NYC/502814.1