UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

THE ALBERT LINDLEY LEE MEMORIAL HOSPITAL
a/k/a A. L. LEE MEMORIAL HOSPITAL,

Case No. 09-30845
Chapter 11 Case

Debtor.

## CERTIFICATE OF SERVICE

I, Kristin M. Doner of Bond, Schoeneck & King, PLLC, being over the age of 18 and residing in Syracuse, New York, hereby certify that on August 25, 2010, I electronically filed the *Joint Notice of Hearings to Consider Interim Professional Fee Applications*, together with *First and Final Application for Allowance of Compensation by Fust Charles Chambers LLP, as General Accountants for Debtor* with the Court using the CM/ECF system, which sent notification of such filing to the following individuals:

    Matthew E. Bergeron, Esq.
    Tracy Hope Davis, Esq.
    Amish R. Doshi, Esq.
    John M. Dubuc., Esq.
    Amy B. Egitton, Esq.
    Kelly C. Griffith, Esq.
    Charles A. Gruen, Esq.
    Robert M. Hirsh, Esq.
    Wendy A. Kinsella, Esq.
    Steven Koton, Esq.
    William F. Larkin, Esq.
    Nancy Hershey Lord, Esq.
    Frank F. McGinn, Esq.
    Vicente M. Murrell, Esq.
    Patrick G. Radel, Esq.
    Aaron J. Ryder, Esq.
    Neil J. Smith, Esq.
    Joseph P. Stanley, Esq.

1741400.1 8/24/2010

Stephen A. Syzdek, Esq.
Kevin W. Tompsett, Esq.
Guy A. Van Baalen, Esq.
Lee E. Woodard, Esq.

And I hereby certify that I mailed, via first class mail using the United States Postal Service for the State of New York, copies of the *Joint Notice of Hearings* and *Application* to the individuals on the annexed service list.

*Kristin M. Doner*
Kristin M. Doner

Guy A. Van Baalen, Esq.
Office of the United States Trustee
105 U.S. Courthouse
10 Broad Street
Utica, NY 13501

Al Davidoff, Vice President
Ruth Heller
1199 SEIU United Healthcare Workers East
404 Oak Street
P.O. Box 6389
Syracuse, NY 13203

Eric P. Stonehill, Esq.
Harris Beach PLLC
*Attorneys for Oswego Hospital*
99 Garnsey Road
Pittsford, NY 14534

Matthew J. Barbaro, Esq.
Assistant Counsel
NYS Department of Health
Division of Legal Affairs
Corning Tower, Empire State Plaza
Room 2438
Albany, NY 12237-0026

HSBC Bank USA
One South First Street
Fulton, NY 13069
Attn: Fred Aldrich

Key Bank
P.O. Box 22114
Albany, NY 12201-2114

Mary Ann Anglin
NYS Department of Health
Corning Tower, Empire State Plaza
Room 1135
Albany, NY 12237

Key Bank
121 South First Street
Fulton, NY 13069

Jennifer Gal Smith, Esq.
McMahon, Kublick & Smith, P.C.
*Attorneys for Betty Thieringer*
500 South Salina Street
Syracuse, NY 13202

Nancy Lord, Esq.
Office of the Attorney General
The Capitol
Albany, NY 12224

Mimi C. Satter, Esq.
Satter & Andrews, LLP
*Attorneys for 1199 SEIU, United Healthcare Workers*
217 S. Salina Street, 6th Floor
Syracuse, NY 13202

Aaron D. Diegman, Esq.
Kohner, Mann & Kailas, S.C.
*Attorneys for Hospira Worldwide, Inc.*
4650 N. Port Washington Road
Milwaukee, WI 53212-1059

3

1741400.1 8/24/2010