**EXHIBIT "A"**

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

DENNIS A. CASEY
ADMINISTRATOR
A. L. LEE MEMORIAL HOSPITAL
510 SOUTH 4TH STREET
FULTON, NY 13069

For Legal Services Rendered through 07/31/10.

## CHAPTER 11 REORGANIZATION
## 331002

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 03/09/10 | T.A.Vanetti | 0.10 | $13.00 | Updated master service list to add counsel for New York State Department of Labor. |
| 03/15/10 | K.M.Doner | 0.20 | $28.00 | Received and reviewed returned notices from U.S. Postal Service, forwarded notices to updated addresses and updated creditor matrix to reflect same. |
| 03/17/10 | T.A.Vanetti | 0.20 | $26.00 | Reviewed Debtor's filed schedules regarding Quinnipiac College claim. |
| | T.A.Vanetti | 0.60 | $78.00 | Received and reviewed documents from client for November 2009 operating report. |
| 03/18/10 | T.A.Vanetti | 0.30 | $39.00 | Reviewed returned mail and updated creditor matrix. |
| 03/25/10 | T.A.Vanetti | 1.50 | $195.00 | Worked on organizing and reviewing documents from client for November 2009 operating report. |
| 03/29/10 | T.A.Vanetti | 0.20 | $26.00 | Reviewed additional documents from client for November 2009 operating report and finalized report. |
| 04/06/10 | T.A.Vanetti | 0.30 | $39.00 | Electronically filed November 2009 operating report. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/06/10 | C.W.Hill | 0.20 | $58.00 | Reviewed draft of November 2009 operating report. |
| 04/19/10 | T.A.Vanetti | 0.20 | $26.00 | Updated creditor matrix. |
| 05/06/10 | K.M.Doner | 0.10 | $14.00 | Participated in telephone conference with Attorney Hill regarding outstanding operating report issues. |
| 05/20/10 | K.M.Doner | 0.40 | $56.00 | Participated in office conference with T. Vanetti regarding amendments to schedules. |
| 05/26/10 | T.A.Vanetti | 0.80 | $104.00 | Reviewed and organized documents from client for December 2009 operating report. |
| 05/27/10 | T.A.Vanetti | 0.50 | $65.00 | Reviewed documents for December 2009 operating report. |
| 05/28/10 | T.A.Vanetti | 1.00 | $130.00 | Reviewed revised documents from client for December 2009 operating report. |
| 06/02/10 | T.A.Vanetti | 2.50 | $325.00 | Reviewed and organized documents from client for January, February and March 2010 operating reports. |
| | T.A.Vanetti | 0.50 | $65.00 | Conferred with M. Bourcy regarding December 2009 operating report. |
| | T.A.Vanetti | 2.00 | $260.00 | Prepared December 2009 operating report. |
| 06/03/10 | T.A.Vanetti | 2.60 | $338.00 | Worked on operating reports for December 2009, January, February, March and April 2010. |
| 06/04/10 | T.A.Vanetti | 0.50 | $65.00 | Conferred with M. Bourcy regarding operating reports for December, 2009 and January - April, 2010. |
| | T.A.Vanetti | 0.50 | $65.00 | Reviewed revised documents from client. |
| | T.A.Vanetti | 4.00 | $520.00 | Continued preparing operating report for December 2009 and January - April, 2010. |
| 06/07/10 | T.A.Vanetti | 1.10 | $143.00 | Finalized and electronically filed operating reports for December 2009, January 2010, February 2010, March 2010 and April 2010. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 06/07/10 | C.W.Hill | 0.30 | $87.00 | Reviewed operating reports for December 2009-April 2010. |
| 07/08/10 | T.A.Vanetti | 1.10 | $143.00 | Reviewed and organized documents from client for May 2010 operating report. |
| 07/09/10 | T.A.Vanetti | 1.00 | $130.00 | Reviewed documents from client for May 2010 operating report. |
| | T.A.Vanetti | 0.50 | $65.00 | Finalized May 2010 operating report and electronically filed same with Court. |
| | C.W.Hill | 0.10 | $29.00 | Office conference with T. Vanetti to review May 2009 operating report. |

| | Subtotal: | Hours: | 23.30 | |
|--|-----------|--------|-------|--|
| | | Amount: | $3,132.00 | |

### B120: Asset Analysis and Recovery

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 03/16/10 | C.W.Hill | 0.30 | $87.00 | Drafted email to Committee counsel regarding analysis of accounts receivable values and collectibility. |
| 03/17/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney Hirsh regarding transfer of accounts receivable collection activity to ACL and status review of accounts receivable collections by agencies. |
| | C.W.Hill | 0.40 | $116.00 | Telephone conference with D. Casey regarding status of all accounts receivable collection activity and potential transfer of all collection actions to ACL. |
| 04/29/10 | C.W.Hill | 0.10 | $29.00 | Reviewed email correspondence from Debtor regarding accounts receivable collections. |

| | Subtotal: | Hours: | 1.00 | |
|--|-----------|--------|------|--|
| | | Amount: | $290.00 | |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|------|-------------|
| **B130: Asset Disposition** | | | | |
| 03/02/10 | S.A.Donato | 0.10 | $34.00 | Reviewed email from client regarding account receivable sale issues. |
| | C.W.Hill | 0.50 | $145.00 | Began drafting motion to sell 460 Park Street property. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed accounts receivable purchase proposal and conferred with client regarding same. |
| 03/03/10 | S.A.Donato | 0.20 | $68.00 | Reviewed email from client regarding Medical Office Building sale updates. |
| | S.A.Donato | 1.50 | $510.00 | Conferred with client and reviewed email correspondence from client regarding Oswego Medical Office Building purchase interest and new proposal to acquire accounts receivable. |
| 03/04/10 | K.M.Doner | 0.20 | $28.00 | Participated in various office conferences with Attorney Hill regarding motion to approve sale of green building. |
| | K.M.Doner | 0.10 | $14.00 | Conferred with T. Vanetti regarding motion to approve sale of green building. |
| | S.A.Donato | 0.80 | $272.00 | Reviewed Medical Office Building real property appraisal and conferred with client regarding same. |
| | S.A.Donato | 0.60 | $204.00 | Reviewed draft listing agreement concerning Medical Office Building sale proposal. |
| | R.C.McDonald | 0.50 | $142.50 | Reviewed Michaud lease, asset purchase agreement and lease with Oswego Health to prepare response to D. Casey. |
| | R.C.McDonald | 0.30 | $85.50 | Reviewed revised purchase offer from Oswego Health. |
| | R.C.McDonald | 0.10 | $28.50 | Prepared email to D. Casey regarding purchase offer from Oswego Health. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/04/10 | R.C.McDonald | 0.40 | $114.00 | Conferred with Attorney Donato regarding listing the Medical Office Building and the Pyramid listing agreement. |
| | C.W.Hill | 0.10 | $29.00 | Telephone conference with Attorney John Appler regarding rejection of Horizon Resource offer to purchase accounts receivable. |
| | C.W.Hill | 1.70 | $493.00 | Drafted motion to sell real property located at 460 Park Street, Fulton. |
| | C.W.Hill | 0.10 | $29.00 | Office conference with Attorneys Donato and McDonald regarding Pyramid Brokerage contract for Medical Office Building. |
| | C.W.Hill | 1.00 | $290.00 | Drafted notice of motion for sale of 460 Park Street property. |
| | C.W.Hill | 1.40 | $406.00 | Revised and finalized motion and notice of motion to sell 460 Park Street property and exhibit. |
| | C.W.Hill | 0.20 | $58.00 | Emailed correspondence with Attorney Mittleman regarding Horizon Resources offer to purchase accounts receivable. |
| 03/05/10 | S.A.Donato | 0.60 | $204.00 | Reviewed and analyzed Medical Office Building valuation and revised letter to appraiser regarding same. |
| | S.A.Donato | 0.40 | $136.00 | Review of Medical Office Building purchase contract received from Oswego Hospital. |
| | R.C.McDonald | 0.30 | $85.50 | Conferred with Attorney Donato regarding sales process for Medical Office Building and revised offer from Oswego Hospital. |
| | C.W.Hill | 0.20 | $58.00 | Received and reviewed Oswego Hospital revised purchase offer for Medical Office Building. |
| | J.B.Elleman | 0.20 | $59.00 | Consulted with Attorney Donato regarding brokerage contract issues. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/05/10 | S.A.Donato | 0.30 | $102.00 | Prepared response and reviewed Oswego Hospital purchase contract regarding same. |
| | S.A.Donato | 0.20 | $68.00 | Conferred with client in connection with maximizing asset recoveries. |
| 03/08/10 | S.A.Donato | 0.40 | $136.00 | Conferred with Attorney Vellano regarding Bank of America/Lee Medical Office Building mortgage issues and update concerning sale process. |
| | S.A.Donato | 0.60 | $204.00 | Reviewed draft Medical Office Building real estate broker contract. |
| 03/09/10 | J.B.Elleman | 0.30 | $88.50 | Telephone conference with potential broker regarding compensation issues. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding appraisal update. |
| | C.W.Hill | 0.30 | $87.00 | Telephone conference with H. Peran regarding sale procedures for real property at 460 Park Street. |
| | S.A.Donato | 0.40 | $136.00 | Reviewed correspondence from Pyramid regarding Medical Office Building listing agreement follow-up issues. |
| | S.A.Donato | 0.20 | $68.00 | Reviewed Medical Office Building appraisal. |
| | J.B.Elleman | 1.10 | $324.50 | Received and reviewed proposed commission agreement with brokers and prepared revisions to commission agreement. |
| | J.B.Elleman | 0.10 | $29.50 | Consulted with Attorney Donato regarding compensation issues. |
| | S.A.Donato | 0.20 | $68.00 | Revised letter regarding same and prepared to email to client regarding Medical Office Building appraisal. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/10/10 | R.C.McDonald | 0.10 | $28.50 | Conferred with Attorney Hill regarding Oswego Hospital's revised offer to purchase Medical Office Building. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred by telephone with Attorney Oldfield regarding Oswego Hospital's offer to purchase Medical Office Building. |
| | J.B.Elleman | 0.30 | $88.50 | Telephone conference with client to answer broker contract questions. |
| | S.A.Donato | 0.60 | $204.00 | Reviewed revised draft broker agreement in connection with Medical Office Building disposition sale proposal. |
| | J.B.Elleman | 0.20 | $59.00 | Conferred with real estate broker regarding Medical Office Building broker agreement and reviewed initial outline and proposed changes regarding same. |
| | S.A.Donato | 0.10 | $34.00 | Supplemental consultation with broker regarding same. |
| | S.A.Donato | 0.20 | $68.00 | Conferred with and prepared email to client regarding broker agreement. |
| 03/11/10 | C.W.Hill | 0.20 | $58.00 | Reviewed summary of consolidated mortgage payments and balance due provided by Fulton Savings Bank and forwarded to D. Casey. |
| | C.W.Hill | 0.30 | $87.00 | Received and reviewed correspondence from counsel for Fulton Savings Bank regarding proposed treatment of properties subject to consolidated mortgage. |
| | S.A.Donato | 0.20 | $68.00 | Conferred with D. Casey regarding Medical Office Building brokerage contract modifications. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed further revised broker contract and prepared follow-up email regarding same. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/12/10 | R.C.McDonald | 0.30 | $85.50 | Conferred with Attorney Donato regarding Board meeting and Medical Office Building sale process. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed draft of letter to A. Gilpin regarding Medical Office Building. |
| | R.C.McDonald | 1.30 | $370.50 | Worked on revising letter to A. Gilpin. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred by telephone with D. Casey regarding Medical Office Building. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Donato regarding proposed letter to Oswego Hospital regarding purchase offer for Medical Office Building. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with D. Casey regarding Medical Office Building sale issues. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with Attorney Oldfield regarding Oswego Hospital purchase inquiries. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed and revised correspondence to Oswego Hospital regarding Medical Office Building sale issues. |
| | S.A.Donato | 0.20 | $68.00 | Supplemental consultation with client regarding Medical Office Building sale issues. |
| | S.A.Donato | 0.20 | $68.00 | Consulted regarding Medical Office Building with Attorney McDonald. |
| 03/14/10 | R.C.McDonald | 0.20 | $57.00 | Reviewed email from Attorney Donato and final letter from D. Casey to A. Gilpin regarding Medical Office Building. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed final modifications to Oswego letter in connection with Medical Office Building purchase proposal. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/17/10 | C.W.Hill | 0.80 | $232.00 | Drafted letter to Attorney Mirabito in response to March 10, 2010 letters on consolidated mortgage and Phoenix Primary Care Center. |
| | C.W.Hill | 0.10 | $29.00 | Emailed correspondence with D. Casey regarding Fulton Savings Bank offer to finance Oswego Hospital purchase of Phoenix Primary Care Center property. |
| | J.B.Elleman | 0.20 | $59.00 | Telephone conference with D. Casey regarding sale of Medical Office Building. |
| 03/18/10 | R.C.McDonald | 0.20 | $57.00 | Conferred by email with D. Casey regarding Medical Office Building sale process. |
| 03/19/10 | J.B.Elleman | 0.30 | $88.50 | Telephone conference with D. Casey regarding decision to contract with commercial broker for the sale of Medical Office Building. |
| | S.A.Donato | 0.40 | $136.00 | Reviewed revised Medical Office Building purchase offer from Oswego Hospital. |
| | S.A.Donato | 0.20 | $68.00 | Reviewed revised brokerage agreement concerning Medical Office Building sale. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred by telephone with D. Casey regarding possible offer for Medical Office Building. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred by follow up telephone conference with D. Casey regarding possible offer for Medical Office Building. |
| | R.C.McDonald | 0.30 | $85.50 | Reviewed email from Attorney Oldfield and reviewed draft offer for Medical Office Building. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred by email with Attorney Hill regarding Oswego Hospital offer to purchase Medical Office Building. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/19/10 | C.W.Hill | 0.30 | $87.00 | Conferred with D. Casey regarding status of Oswego Hospital response to Medical Office Building purchase proposal. |
| | S.A.Donato | 0.10 | $34.00 | Reviewed client email follow-up regarding sale issues. |
| | J.B.Elleman | 0.20 | $59.00 | Prepared correspondence to broker regarding revised broker agreement. |
| | J.B.Elleman | 0.50 | $147.50 | Prepared revision to proposed broker agreement. |
| 03/22/10 | S.A.Donato | 0.20 | $68.00 | Conferred with Attorney Woodard regarding Oswego Grant Disbursement Agreement funding issues. |
| | S.A.Donato | 0.20 | $68.00 | Conferred with D. Casey regarding Medical Office Building offer updates. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed emails from Attorneys Donato and Elleman regarding Pyramid brokerage agreement. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred by telephone with Attorney Oldfield regarding request for extensions of asset purchase agreement and leases. |
| | S.A.Donato | 0.20 | $68.00 | Initial review of sale order concerning Hospital sale closing issues. |
| | S.A.Donato | 0.20 | $68.00 | Reviewed anticipated closing procedures regarding Hospital sale. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed valuation issues and Grant Disbursement Agreement award approval confirmation. |
| 03/23/10 | J.B.Elleman | 0.30 | $88.50 | Received and reviewed correspondence from D. Casey regarding owner's execution of broker agreement and prepared correspondence to broker regarding same. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/23/10 | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Hill regarding Oswego Hospital's request for extensions of asset purchase agreement. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding contract with Pyramid Brokerage. |
| | R.C.McDonald | 0.60 | $171.00 | Conferred with Attorney Elleman regarding Pyramid Brokerage agreement and Oswego Hospital's request to extend the Medical Office Building lease. |
| | J.B.Elleman | 0.30 | $88.50 | Prepared correspondence to D. Casey regarding fully executed broker agreement. |
| | J.B.Elleman | 0.20 | $59.00 | Received and reviewed correspondence and broker executed agreement. |
| 03/24/10 | S.A.Donato | 0.30 | $102.00 | Reviewed and analyzed 363 sale order in connection with Hospital sale to Oswego. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with R. Mittleman regarding Horizon Resources further offer to purchase accounts receivable. |
| | S.A.Donato | 0.30 | $102.00 | Prepared initial closing checklist. |
| 03/25/10 | R.C.McDonald | 0.30 | $85.50 | Conferred by telephone with Attorney Oldfield regarding extensions of leases and asset purchase agreement and offer to purchase Medical Office Building. |
| | R.C.McDonald | 0.30 | $85.50 | Conferred with Attorney Elleman regarding interplay between listing agreement and extension of Oswego Hospital's lease of the Medical Office Building. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred with Attorney Hill regarding bankruptcy procedures regarding extensions of asset purchase agreement and leases. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|------|-------------|
| 03/25/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email between Attorney Elleman and Pyramid broker regarding sale of Medical Office Building. |
| 03/29/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from Attorney Elleman regarding survey for Medical Office Building. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed file to locate survey and obtain copy of survey for Attorney Elleman. |
| 03/30/10 | S.A.Donato | 0.30 | $102.00 | Reviewed email from D. Casey and conferred with client regarding Medical Office Building sale issue. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed emails from Attorney Oldfield regarding withdrawal of offer to purchase Medical Office Building. |
| | R.C.McDonald | 0.20 | $57.00 | Prepared email to D. Casey regarding Oswego Hospital's withdrawal of offer to purchase Medical Office Building. |
| 03/31/10 | R.C.McDonald | 0.30 | $85.50 | Conferred by telephone with Attorney Oldfield regarding Oswego Hospital's interest in Medical Office Building. |
| 04/01/10 | C.W.Hill | 0.40 | $116.00 | Appeared at Bankruptcy Court hearing in support of motion to sell 460 Park Street property. |
| | R.C.McDonald | 0.30 | $85.50 | Conferred with Attorney Hill to discuss status of asset sales and the bankruptcy case in general. |
| 04/05/10 | C.W.Hill | 0.80 | $232.00 | Drafted order approving sale of 460 Park Street property. |
| 04/06/10 | K.M.Doner | 0.20 | $28.00 | Finalized proposed order approving sale of 460 Park Street and electronically submitted same to the Court for approval. |
| | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to Judge Cangilos-Ruiz and interested parties regarding proposed order approving sale of 460 Park Street. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/06/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed emails from Attorney Oldfield regarding extension of leases and asset purchase agreement. |
| | R.C.McDonald | 0.30 | $85.50 | Reviewed proposed extension agreements sent by Attorney Oldfield. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with D. Casey regarding extension requests and potential new tenant for Medical Office Building. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred by email with Attorney Hill regarding extension request and potential new tenant for Medical Office Building. |
| 04/07/10 | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to Clerk requesting certified copy of order approving sale of 460 Park Street. |
| | K.M.Doner | 0.30 | $42.00 | Prepared and served order approving sale of 460 Park Street upon interested parties, prepared certificate of service and electronically filed same with the Court. |
| | C.W.Hill | 0.40 | $116.00 | Email correspondence with Committee counsel regarding Horizon Resources follow-up request for accounts receivable purchase information. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding non-competition provisions in asset purchase agreement. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed asset purchase agreement regarding non-competition provisions and prepared email to D. Casey. |
| 04/08/10 | C.W.Hill | 0.30 | $87.00 | Office conference with Attorney Donato regarding terms of proposed extensions of asset purchase agreement and leases with Oswego Hospital. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|------|-------------|
| 04/08/10 | R.C.McDonald | 0.40 | $114.00 | Met with Attorney Donato to discuss status of transactions with Oswego Hospital. |
| 04/09/10 | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Donato to prepare for telephone call with Attorneys Stonehill and Oldfield regarding sale issues. |
| | R.C.McDonald | 0.40 | $114.00 | Participated in a conference call with D. Casey and Attorney Donato regarding sale issues. |
| | R.C.McDonald | 0.70 | $199.50 | Participated in a conference call with Attorneys Stonehill and Oldfield regarding open closing items and proposed lease and asset purchase agreement extensions. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Hill regarding open closing items. |
| | R.C.McDonald | 0.40 | $114.00 | Reviewed closing checklist from Attorney Oldfield and began planning for closing. |
| | S.A.Donato | 0.40 | $136.00 | Conferred with D. Casey regarding lease extension issues, home health care issues and update concerning Oswego Hospital Medical Office Building sale issues. |
| | S.A.Donato | 0.70 | $238.00 | Conferred with counsel for Oswego Hospital regarding HEAL Grant issues and update and initial closing checklist items. |
| | S.A.Donato | 0.20 | $68.00 | Reviewed checklist received from Attorney Oldfield regarding closing. |
| 04/15/10 | S.A.Donato | 0.90 | $306.00 | Conferred with Attorney Stonehill regarding initial review of Hospital real property closing requirements. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed email from client regarding Medical Office Building sale issues and prepared response regarding same. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/16/10 | R.C.McDonald | 0.40 | $114.00 | Reviewed sale order and asset purchase agreement regarding capital leases. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with Attorney Oldfield regarding various closing issues. |
| | R.C.McDonald | 0.30 | $85.50 | Reviewed email from Attorney Oldfield and reviewed proposed extension agreements for leases and asset purchase agreement. |
| 04/19/10 | R.C.McDonald | 0.10 | $28.50 | Prepared email to Attorneys Donato and Hill regarding extension agreements. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred by telephone with Attorney Donato regarding extension agreements. |
| | R.C.McDonald | 0.10 | $28.50 | Prepared email to D. Casey regarding extension agreements. |
| 04/22/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed updated closing checklist from Attorney Oldfield. |
| | R.C.McDonald | 0.40 | $114.00 | Worked on preparing for Oswego Hospital sale closing. |
| 04/25/10 | S.A.Donato | 0.40 | $136.00 | Reviewed Medical Office Building letter or intent in connection with asset sale proposal. |
| 04/26/10 | R.C.McDonald | 0.20 | $57.00 | Reviewed letter of intent to purchase Medical Office Building. |
| 04/28/10 | R.C.McDonald | 0.10 | $28.50 | Conferred with Attorney Elleman regarding letter of intent to purchase Medical Office Building. |
| 04/29/10 | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with D. Casey regarding Meditech lease amendments and purchase offer for other real estate. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred with Attorney Hill regarding capital leases, closing checklist and sales of real estate. |
| | R.C.McDonald | 0.40 | $114.00 | Reviewed offer from Michaud for 451 and 455 South Fourth Street parcels. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/29/10 | C.W.Hill | 0.20 | $58.00 | Reviewed draft closing checklist for asset sale to Oswego Hospital. |
| | C.W.Hill | 0.40 | $116.00 | Office conference with Attorney McDonald regarding Oswego Hospital sale and lease issues, letter of intent for Medical Office Building and potential purchase offer for 451 & 455 South Fourth Street properties. |
| | C.W.Hill | 0.20 | $58.00 | Reviewed Michaud purchase offer for 451 & 455 South Fourth Street properties. |
| 04/30/10 | S.A.Donato | 0.30 | $102.00 | Reviewed client email regarding HEAL Grant approval concerning Oswego Hospital. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred with Attorney Hill regarding purchase offer for real estate. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with D. Casey regarding purchase offer for real estate. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Hill regarding Oswego Hospital's right of first refusal and purchase offer for real estate. |
| | R.C.McDonald | 0.30 | $85.50 | Conferred by telephone with D. Casey regarding Oswego's right of first refusal and purchase offer for real estate. |
| | R.C.McDonald | 0.30 | $85.50 | Conferred with Attorney Elleman regarding sale process for Medical Office Building. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Hill regarding notice of purchase offer to Oswego Hospital. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with M. Burchill regarding open items on closing checklist. |
| | R.C.McDonald | 0.30 | $85.50 | Conferred by telephone with Attorneys Oldfield and Bach to discuss closing items. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/30/10 | C.W.Hill | 1.10 | $319.00 | Telephone conferences with D. Casey regarding Michaud Nursing Home offer to purchase property at 451 & 455 South Fourth Street. |
| | C.W.Hill | 0.50 | $145.00 | Reviewed procedures for accepting prior real estate contracts and Oswego Hospital right of first refusal. |
| | C.W.Hill | 0.30 | $87.00 | Drafted email correspondence to Oswego Hospital and counsel regarding right of first refusal and purchase offer for 451 & 455 South Fourth Street properties. |
| 05/03/10 | K.M.Pole | 0.20 | $43.00 | Consulted with Attorney McDonald regarding deed restrictions and reversionary restrictions relating to Fulton real estate. |
| | M.M.Burchill | 1.20 | $144.00 | Conference with Attorneys Hill, McDonald and Pole regarding items needed for closing. |
| | S.A.Donato | 0.10 | $34.00 | Reviewed email from client regarding Department of Health HEAL approval concerning Oswego Hospital. |
| | C.W.Hill | 1.00 | $290.00 | Office conference with Attorney McDonald and M. Burchill regarding closing sale checklist for Oswego Hospital sale. |
| | C.W.Hill | 0.60 | $174.00 | Office conference with Attorney Donato regarding Oswego Hospital sale closing checklist. |
| | R.C.McDonald | 1.00 | $285.00 | Met with Attorney Hill and M. Burchill to go over closing checklist. |
| | R.C.McDonald | 0.20 | $57.00 | Met with Attorney Pole and M. Burchill to discuss removing deed restriction and reversion. |
| | R.C.McDonald | 1.00 | $285.00 | Conferred by telephone with Attorney Oldfield to go over closing checklist. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred with Attorney Hill to discuss results of telephone call with Attorney Oldfield. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 05/03/10 | S.A.Donato | 0.50 | $170.00 | Reviewed and outlined initial closing checklist regarding Hospital sale and plan confirmation issues. |
| 05/04/10 | K.M.Pole | 0.20 | $43.00 | Reviewed deeds into the City of Fulton and from the City of Fulton to Debtor and reviewed restrictions contained therein. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Pole regarding process to address deed restrictions. |
| | R.C.McDonald | 0.30 | $85.50 | Conferred by email with D. Casey regarding amendment to maintenance and security agreement and Oswego Hospital's source of funding for closing. |
| 05/06/10 | M.M.Burchill | 0.20 | $24.00 | Consulted with Attorney Pole regarding deed restrictions to be released. |
| | K.M.Pole | 0.40 | $86.00 | Reviewed restrictions. |
| | K.S.Weber | 0.10 | $16.50 | Consulted with Attorney Pole regarding questions on how to release restrictive covenants and right of re-entry. |
| | K.M.Pole | 0.10 | $21.50 | Consulted with Attorney Weber regarding research needed to determine process to release restrictions. |
| 05/07/10 | K.S.Weber | 3.30 | $544.50 | Reviewed law regarding releases of restrictive covenants and right of re-entry. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred by email with D. Casey regarding Oswego Hospital input from representatives for Southern Oswego County. |
| 05/10/10 | K.S.Weber | 0.50 | $82.50 | Consulted with Attorney Janowsky regarding best way to locate heirs of Victorine Lee. |
| | K.S.Weber | 1.50 | $247.50 | Researched whether the Attorney General will have to consent to removal of use restrictions in deed. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 05/10/10 | R.C.McDonald | 0.40 | $114.00 | Prepared email to Attorney Oldfield regarding capital leases, amendment to maintenance and service agreement and deed restrictions. |
| 05/11/10 | M.M.Burchill | 0.20 | $24.00 | Conferred with Michelle at Ticor regarding locating abstract for Phoenix property. |
| | K.S.Weber | 4.20 | $693.00 | Researched whether the Attorney General will have to consent to removal of use restrictions in deed. |
| | K.S.Weber | 0.50 | $82.50 | Consulted with Attorney Janowsky regarding whether Attorney General will have to consent to removal of use restrictions in deed. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed file regarding allocation of purchase price in response to request of D. Casey. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Hill regarding Medical Office Building lease and sale process. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Elleman regarding sale process for Medical Office Building. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred by email with Attorney Oldfield regarding various issues. |
| | M.M.Burchill | 0.10 | $12.00 | Conferred with Lisa at Fulton Savings Bank regarding locating abstract. |
| | M.M.Burchill | 0.10 | $12.00 | Conferred with Amy at Oswego Valley Abstract regarding locating abstract for portion of Hospital property. |
| | M.M.Burchill | 0.10 | $12.00 | Telephoned K. Seager regarding locating Phoenix property abstract. |
| 05/12/10 | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to Attorney Mirabito at Fulton Savings Bank and status of Oswego Hospital sale closing. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/12/10 | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to Attorney McDonald regarding Oswego Hospital request for lease payment adjustment at closing. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Hill regarding her telephone call with Attorney Oldfield and closing credit for Oswego Hospital. |
| 05/13/10 | K.M.Pole | 0.70 | $150.50 | Conferred with L. Oldfield at Harris Beach regarding review of deeds. |
| | K.S.Weber | 1.80 | $297.00 | Drafted release of restrictive covenants for 1910 deed. |
| | K.S.Weber | 1.70 | $280.50 | Drafted release of conditions subsequent and right-of-reentry for 1974 deed. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Pole regarding process to address deed restrictions. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Elleman regarding sale process for Medical Office Building. |
| | K.M.Pole | 0.30 | $64.50 | Consulted with Attorney Johnson regarding procedure to release deed restrictions. |
| 05/14/10 | K.M.Pole | 0.50 | $107.50 | Consulted with Attorney Weber regarding options to clear deed restrictions and search of heirs of creator of restriction. |
| | K.S.Weber | 0.20 | $33.00 | Revised release of restrictive covenants for 1910 deed. |
| | K.S.Weber | 0.30 | $49.50 | Revised release of conditions subsequent and right-of-reentry for 1974 deed. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with M. Burchill regarding real estate abstracts. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Pole regarding elimination of deed restrictions. |
| | R.C.McDonald | 0.30 | $85.50 | Conferred by telephone with Attorney Oldfield regarding various closing issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/17/10 | K.S.Weber | 0.20 | $33.00 | Telephone call with L. Swayko regarding 1910 deed restrictions. |
| | K.S.Weber | 0.30 | $49.50 | Reviewed RPAPL Section 1951 concerning extinguishment of non substantial deed restrictions. |
| | K.M.Pole | 0.40 | $86.00 | Reviewed deed restrictions. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Pole regarding deed restrictions. |
| | K.M.Pole | 0.30 | $64.50 | Conferred with attorney for Oswego Hospital regarding deed restrictions. |
| 05/18/10 | K.M.Pole | 0.20 | $43.00 | Reviewed release of re-entry document prepared for execution by the City of Fulton. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed email from Attorney Donato to Attorney Elleman regarding sale process for Medical Office Building. |
| | F.J.Patyi | 0.30 | $81.00 | Consulted with Attorney Hill regarding consequences of assets remaining at dissolution. |
| 05/19/10 | K.M.Pole | 0.40 | $86.00 | Worked on City of Fulton release of deed restriction document. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed email from Attorney Elleman regarding sale process for Medical Office Building. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Hill regarding Lee Memorial Board of Directors meeting, tax assessment grievance and real estate sale process. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Donato regarding tax assessment grievance and real estate sale process. |
| | R.C.McDonald | 0.30 | $85.50 | Reviewed draft of release of conditions and right of re-entry and prepared comments. |
| | K.M.Pole | 0.10 | $21.50 | Prepared email to Oswego Hospital's counsel enclosing release of deed restriction document for review. |

## BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/20/10 | K.M.Doner | 0.20 | $28.00 | Participated in telephone conference with Attorney Hill regarding motion to approve sale of 451 South 4th Street and 455 South 4th Street properties. |
| | K.M.Doner | 0.70 | $98.00 | Reviewed file materials and drafted notice of sale of 451 and 455 South Fourth Street properties. |
| | K.M.Doner | 0.30 | $42.00 | Revised notice for order approving sale of 451 and 455 South Fourth Street properties. |
| | K.M.Doner | 0.70 | $98.00 | Finalized notice of motion and motion to approve sale of 451 and 455 South Fourth Street and electronically filed same with the Court. |
| | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to Judge Cangilos-Ruiz regarding motion to approve sale of 451 and 455 South Fourth Street. |
| | C.W.Hill | 0.40 | $116.00 | Telephone conferences with D. Casey regarding motion to sell 451 and 455 South Fourth Street properties and reviewed of Fust Charles Chambers invoices. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Temes regarding preparation of motion to sell 451 and 455 South Fourth Street properties. |
| | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to J. Mirabito at Fulton Savings Bank regarding mortgage pay-off amount for 451 and 455 South Fourth Street properties. |
| | C.W.Hill | 0.50 | $145.00 | Revised motion and notice of motion to sell 451 and 455 South Fourth Street properties. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with J. Mirabito regarding pay-off number for consolidated mortgage. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/20/10 | C.W.Hill | 0.30 | $87.00 | Telephone conferences with D. Casey regarding outstanding real estate taxes and water bills and listing information for 451 & 455 South Fourth Street properties. |
| | S.C.Temes | 1.40 | $294.00 | Drafted motion to sell commercial properties. |
| | S.C.Temes | 1.00 | $210.00 | Researched regarding motion to sell commercial properties. |
| 05/24/10 | K.M.Pole | 0.10 | $21.50 | Reviewed comment to release of deed restriction from the City of Fulton. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Pole regarding release of the City of Fulton's reversionary right. |
| 05/25/10 | C.W.Hill | 0.20 | $58.00 | Received and reviewed pay-off letters from Fulton Savings Bank for Phoenix Savings Bank for Phoenix and 451 & 455 South Fourth Street properties. |
| | C.W.Hill | 0.30 | $87.00 | Reviewed Oswego Hospital sale order regarding allocation issue and forward to D. Casey. |
| 05/26/10 | J.B.Elleman | 0.10 | $29.50 | Review of e-mail from D. Casey regarding discussions with Oswego Hospital. |
| | J.B.Elleman | 0.20 | $59.00 | Prepared response to D. Casey regarding Oswego Hospital purchase of Medical Office Building. |
| 05/27/10 | R.C.McDonald | 0.10 | $28.50 | Conferred by telephone with Attorney Sumner regarding sale issues. |
| 05/28/10 | M.M.Burchill | 0.20 | $24.00 | Assembled documents to send to title company. |
| | M.M.Burchill | 0.20 | $24.00 | Wrote letter to J. Van Buren enclosing copies of documents and requesting abstracts and tax searches. |
| | R.C.McDonald | 0.10 | $28.50 | Consulted with M. Burchill regarding real estate issues for closing. |
| | R.C.McDonald | 0.10 | $28.50 | Consulted with Attorney Pole regarding real estate issues for closing. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/01/10 | C.W.Hill | 0.20 | $58.00 | Reviewed Horizon Resources motion to purchase accounts receivable. |
| | S.A.Donato | 0.60 | $204.00 | Reviewed deed restriction in connection with City of Fulton conveyance and operational issues and outlined City of Fulton presentation regarding same. |
| | K.M.Pole | 0.20 | $43.00 | Conferred with buyer's attorney regarding comments to City of Fulton release. |
| | K.M.Pole | 0.30 | $64.50 | Reviewed comments received from buyer's attorney. |
| | K.M.Pole | 0.50 | $107.50 | Revised release document. |
| | R.C.McDonald | 0.10 | $28.50 | Consulted with Attorney Donato to prepare for meeting with City of Fulton. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Pole to prepare for meeting with City of Fulton. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed emails from Attorney Sawyko regarding release of reversionary interest with the City of Fulton. |
| | R.C.McDonald | 0.50 | $142.50 | Conferred by telephone with Attorney Oldfield regarding meeting with City of Fulton and status of closing. |
| 06/02/10 | C.W.Hill | 0.30 | $87.00 | Emailed correspondence with Attorney Vellano regarding Medical Office Building marketing status. |
| | M.M.Burchill | 0.10 | $12.00 | Conferred with J. Van Buren regarding abstract order and emailed copy of Phoenix survey to J. Van Buren. |
| | S.A.Donato | 3.90 | $1,326.00 | Prepared for and attend meeting with Board member and Mayor of Fulton regarding deed restrictive covenant modification requests and procedures in connection with Oswego Hospital real property sale transaction. |

## BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 06/02/10 | R.C.McDonald | 0.40 | $114.00 | Prepared for meeting with Mayor and attorney for the City of Fulton. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Hill regarding status of various matters related to closing of transaction with Oswego Hospital. |
| | R.C.McDonald | 0.30 | $85.50 | Conferred with Attorney Elleman regarding sale process for Medical Office Building and potential impact of extending the lease agreement with Oswego Hospital. |
| | R.C.McDonald | 0.50 | $142.50 | Met with Mayor and attorney for City of Fulton to discuss release of reversionary right in deed. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Donato regarding results of meeting with Mayor of the City of Fulton. |
| | M.M.Burchill | 0.10 | $12.00 | Wrote letter to J. Van Buren enclosing copies of hospital survey map. |
| 06/07/10 | R.C.McDonald | 0.10 | $28.50 | Consulted with Attorney Donato regarding contacting Attorney Stonehill about meeting with City of Fulton. |
| 06/08/10 | R.C.McDonald | 0.20 | $57.00 | Conferred by telephone with Attorney Stonehill regarding meeting with City of Fulton. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with Attorney Hawthorne, counsel for City of Fulton. |
| | R.C.McDonald | 0.40 | $114.00 | Reviewed facsimile from Attorney Hawthorne and reviewed Local Law No. 2 regarding 1972 conveyance of assets from City of Fulton to client. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Donato regarding City of Fulton. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred by telephone with Attorney Sumner regarding Fulton City Council meeting. |
| | R.C.McDonald | 0.10 | $28.50 | Prepared email to Attorney Stonehill regarding Fulton City Council meeting. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/08/10 | R.C.McDonald | 0.30 | $85.50 | Conferred by telephone with Attorney Sumner regarding Local Law No. 2 and deed from City to client. |
| | R.C.McDonald | 0.40 | $114.00 | Researched Municipal Law regarding Local Law No. 2. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney McDonald regarding Oswego Hospital closing status. |
| | K.M.Pole | 0.20 | $43.00 | Reviewed local law authorizing the deed from the City of Fulton to the hospital. |
| | K.M.Pole | 0.30 | $64.50 | Consulted with Attorney McDonald regarding local law authorizing the deed from the City of Fulton to the hospital. |
| 06/10/10 | T.L.Kennedy | 0.20 | $40.00 | Consulted with Attorneys Hill and Donato in preparation for appearing at section 363 sale hearing. |
| | T.L.Kennedy | 0.30 | $60.00 | Reviewed motion papers in preparation for appearing at section 363 sale hearing. |
| | T.L.Kennedy | 0.90 | $180.00 | Appeared before Bankruptcy Court on hearing to approve section 363 sale of two Fourth Street properties to Michaud Health Services. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed emails from J. Coakley, Attorney Stonehill and B. Toobin regarding preparations for Fulton City Council meeting. |
| 06/14/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney McDonald regarding meeting with Oswego Hospital representatives on public hearing by City of Fulton to relinquish reversionary right. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Hill regarding conversation with Oswego Hospital representatives. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 06/15/10 | K.M.Doner | 0.60 | $84.00 | Reviewed file materials and drafted proposed order approving sale of 451 and 455 South Fourth Street. |
| | C.W.Hill | 0.50 | $145.00 | Reviewed and revised Sections 510-511 petition to New York State Supreme Court. |
| | C.W.Hill | 0.10 | $29.00 | Reviewed draft order approving sale of 451 and 455 South Fourth Street. |
| 06/16/10 | K.M.Doner | 0.20 | $28.00 | Participated in various office conferences with Attorney Hill regarding proposed order approving sale of 451 and 455 South Fourth Street. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed correspondence from Attorney Hawthorne regarding reversionary interest in deed. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Hill regarding City of Fulton reversionary interest. |
| | R.C.McDonald | 0.10 | $28.50 | Consulted with M. Burchill regarding abstracts for real estate to be sold. |
| | C.W.Hill | 4.50 | $1,305.00 | Revised verified petition to Supreme Court regarding asset sale approval. |
| 06/17/10 | K.M.Doner | 0.30 | $42.00 | Revised and finalized proposed order approving sale of 451 and 455 South Fourth Street and electronically submitted same to the Court for approval. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Donato and Hill regarding various outstanding matters related to transaction with Oswego Hospital. |
| | M.M.Burchill | 0.20 | $24.00 | Conferred with J. Van Buren regarding status of abstracts. |
| 06/18/10 | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with Attorney Hawthorne regarding negotiations for release of City's reversionary interest in Hospital deed. |

## BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/22/10 | C.W.Hill | 0.40 | $116.00 | Reviewed statements of sale for all real estate closing in connection with drafting New York State Supreme Court petition. |
| 06/23/10 | K.M.Doner | 0.30 | $42.00 | Prepared and served order approving sale of 451 and 455 South Fourth Street, prepared certificate of service and electronically filed same with the Court. |
| | K.M.Doner | 0.10 | $14.00 | Outlined, drafted and finalized correspondence to Clerk requesting certified copy of order approving sale of 451 and 455 South Fourth Street in preparation for closing on sale. |
| | C.W.Hill | 0.20 | $58.00 | Emailed correspondence to D. Casey regarding City assessment appeal deadline, order approving sale of 451-455 South Fourth Street and sale statements for New York State Supreme Court petition. |
| | C.W.Hill | 0.10 | $29.00 | Reviewed order approving sale of 451-455 South Fourth Street properties and forward to D. Casey. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney McDonald regarding terms of satisfaction of City reversionary interest in deed. |
| | K.M.Pole | 0.50 | $107.50 | Reviewed deed restriction. |
| | M.M.Burchill | 0.30 | $36.00 | Reviewed abstracts. |
| | M.M.Burchill | 0.50 | $60.00 | Consulted with Attorney Pole regarding restriction language on City of Fulton deed. |
| 06/28/10 | C.W.Hill | 1.90 | $551.00 | Continued revising petition for New York State Supreme Court approval of asset sales. |
| 06/29/10 | C.W.Hill | 1.40 | $406.00 | Continued revising New York State Supreme Court petition. |
| | C.W.Hill | 0.90 | $261.00 | Reviewed Sections 510 and 511 of New York Not-For-Profit Corporation Law and form of petition. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 07/01/10 | M.M.Burchill | 0.20 | $24.00 | Participated in various office conferences with Attorney McDonald regarding deeds for office building parcel. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Donato regarding sale of Hospital to Oswego. |
| | R.C.McDonald | 0.10 | $28.50 | Consulted with M. Burchill regarding real estate abstracts. |
| | R.C.McDonald | 0.10 | $28.50 | Consulted with M. Burchill regarding questions raised by Attorney Hawthorne regarding Hospital and Medical Office Building parcels. |
| | R.C.McDonald | 0.40 | $114.00 | Reviewed file regarding questions raised by Attorney Hawthorne regarding Hospital and Medical Office Building parcels. |
| | R.C.McDonald | 0.50 | $142.50 | Reviewed deeds from A. L. Lee to A. L. Lee Development Corporation. |
| | R.C.McDonald | 0.20 | $57.00 | Prepared emails to Attorneys Donato and Hill regarding City of Fulton's reversionary right in the deed. |
| | K.M.Pole | 0.20 | $43.00 | Consulted with Attorney McDonald regarding transfer of Fulton property. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with Attorney Woodard regarding City of Fulton reversionary issues. |
| | C.W.Hill | 0.10 | $29.00 | Reviewed consolidated mortgage payment history received from counsel for Fulton Savings Bank. |
| | S.A.Donato | 0.60 | $204.00 | Reviewed deed restriction and original Board resolution received from City counsel regarding reversionary terms and conditions. |
| | K.M.Pole | 0.30 | $64.50 | Consulted with M. Burchill regarding abstract preparation. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/02/10 | R.C.McDonald | 0.10 | $28.50 | Consulted with Attorney Donato regarding City of Fulton's reversionary interest. |
| | R.C.McDonald | 0.50 | $142.50 | Conferred by telephone and email with Attorney Hawthorne regarding City of Fulton's reversionary interest. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Elleman regarding City of Fulton's reversionary interest. |
| | R.C.McDonald | 0.30 | $85.50 | Reviewed fax from Attorney Hawthorne and reviewed City resolution regarding City of Fulton's reversionary interest. |
| | S.A.Donato | 0.40 | $136.00 | Reviewed deed restriction contained in Medical Office Building deed. |
| 07/06/10 | F.J.Patyi | 0.30 | $81.00 | Reviewed last notes on matter and consulted with Attorney Hill regarding final steps to get Attorney General approval of dissolution and court order. |
| | R.C.McDonald | 0.10 | $28.50 | Consulted with Attorney Hill regarding status of transaction with Oswego Hospital. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Donato regarding status of transaction with Oswego Hospital. |
| | R.C.McDonald | 0.40 | $114.00 | Participated in a telephone call with D. Casey to discuss transaction with Oswego Hospital and related matters. |
| | R.C.McDonald | 3.20 | $912.00 | Prepared for and attended public hearing in Fulton, New York regarding City of Fulton's reversionary interest. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with D. Casey regarding results of City of Fulton public hearing. |
| | S.A.Donato | 0.20 | $68.00 | Reviewed issues concerning preparation for City of Fulton public meeting concerning deed restriction issue. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/06/10 | S.A.Donato | 0.30 | $102.00 | Reviewed Medical Office Building offer regarding City reversionary issues. |
| | C.W.Hill | 4.00 | $1,160.00 | Revised petition and exhibits for New York State Supreme Court approval of asset disposition. |
| | C.W.Hill | 0.30 | $87.00 | Telephone conference with Attorney Oldfield regarding information needed from Oswego Hospital for New York State Supreme Court petition. |
| | C.W.Hill | 0.40 | $116.00 | Emailed correspondence to Attorney Oldfield regarding request for Oswego Hospital organizational documents, financial information and Internal Revenue Service determination letter for New York State Supreme Court petition. |
| | S.A.Donato | 0.20 | $68.00 | Conferred with client and prepared email to Attorney Woodard regarding public meeting. |
| 07/07/10 | R.C.McDonald | 0.60 | $171.00 | Conferred by telephone with D. Casey regarding City of Fulton public hearing and related matters. |
| | R.C.McDonald | 0.50 | $142.50 | Conferred by telephone with Attorney Hill regarding City of Fulton public hearing and related matters. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone regarding City of Fulton public hearing and related matters. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with Attorney Mirabito regarding Fulton mortgage payment issues and City reversionary issues regarding Hospital property. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with Board President regarding City of Fulton hearing results and strategies. |
| | C.W.Hill | 0.50 | $145.00 | Telephone conference with Attorney McDonald regarding results of Fulton City council hearing on request to release reversionary interest in deed. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/07/10 | C.W.Hill | 1.90 | $551.00 | Revised and finalized exhibits to Verified petition. |
| | C.W.Hill | 0.70 | $203.00 | Drafted email correspondence to Attorney Oldfield regarding proposal to Oswego Hospital as residual distributee. |
| 07/08/10 | R.C.McDonald | 0.10 | $28.50 | Consulted with Attorney Donato regarding status of transaction with Oswego Hospital. |
| | K.M.Pole | 0.20 | $43.00 | Consulted with M. Burchill regarding updated abstract. |
| | K.M.Pole | 0.30 | $64.50 | Reviewed abstracts. |
| | M.M.Burchill | 0.20 | $24.00 | Wrote letter to L. Sawykes enclosing abstracts, tax searches and Phoenix survey. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with Attorney Mirabito regarding asset sale update and review of City of Fulton reversionary issues. |
| | C.W.Hill | 0.20 | $58.00 | Reviewed closing documents regarding sale of 451 and 455 South Fourth Street properties. |
| 07/09/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney Vellano regarding Bank of America mortgage on Medical Office Building. |
| 07/12/10 | J.B.Elleman | 0.10 | $29.50 | Consulted with Attorney McDonald regarding issue of reversionary interest to the City of Fulton in property on which Medical Office Building and former A.L. Lee Memorial Hospital is situated. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with Attorney Woodard regarding City of Fulton deed reversionary issues and follow-up inquiries. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with Attorney Hawthorne regarding City of Fulton's claimed reversionary interest. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/12/10 | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Hill regarding City of Fulton's claimed reversionary interest. |
| | R.C.McDonald | 0.30 | $85.50 | Follow up telephone conference with Attorney Hawthorne regarding City of Fulton's claimed reversionary interest. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Donato regarding City of Fulton's claimed reversionary interest. |
| 07/13/10 | J.B.Elleman | 0.20 | $59.00 | Consulted with Attorney McDonald regarding City of Fulton's decision concerning reversionary interest. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with D. Casey regarding City of Fulton issues in connection with deed restriction issues. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with Attorney Woodard regarding deed restriction issues in connection with Oswego Hospital acquisition requests. |
| | C.W.Hill | 0.30 | $87.00 | Office conference with Attorney Donato regarding City reversionary right issue. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Donato regarding status of sale. |
| | R.C.McDonald | 0.30 | $85.50 | Conferred by telephone with Attorney Hawthorne regarding sale order. |
| | R.C.McDonald | 0.30 | $85.50 | Participated in a telephone call with D. Casey regarding sale issues. |
| | R.C.McDonald | 1.70 | $484.50 | Researched and analyzed legal issues related to City of Fulton's claimed reversionary interest. |
| | S.A.Donato | 0.20 | $68.00 | Conferred with City of Fulton counsel regarding deed restriction issues. |
| 07/14/10 | S.A.Donato | 0.30 | $102.00 | Conferred with client regarding City of Fulton deed reversionary issues. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/14/10 | R.C.McDonald | 1.20 | $342.00 | Worked on researching and analyzing legal issues related to City of Fulton's claimed reversionary interest. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Donato regarding legal issues related to City of Fulton's claim to reversionary interest. |
| 07/15/10 | S.A.Donato | 0.30 | $102.00 | Prepared for and participated in conference call with Board of Trustee President and D. Casey regarding Fulton reversionary issues and tax certorari challenge updates. |
| | R.C.McDonald | 1.00 | $285.00 | Prepared for and participated in a conference call with R. Abbott, F. Sumner and D. Casey regarding City of Fulton and Oswego Health. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Zagraniczny regarding enforceability of reversionary interest in the deed from the City of Fulton. |
| | C.W.Hill | 0.10 | $29.00 | Telephone conference with D. Casey regarding exhibits for New York Supreme court petition. |
| | S.A.Donato | 0.10 | $34.00 | Supplemental consultation with D. Casey regarding reversionary issues. |
| | S.A.Donato | 0.20 | $68.00 | Review of Medical Office Building deed restriction issues. |
| 07/16/10 | K.M.Pole | 0.10 | $21.50 | Consulted with Attorney McDonald regarding City of Fulton exercise of reversion right. |
| 07/19/10 | K.M.Bennett | 0.20 | $48.00 | Consulted with Attorney McDonald regarding Article 7 proceeding. |
| | S.A.Donato | 0.10 | $34.00 | Reviewed email correspondence from Board President regarding deed restriction issue. |
| | S.A.Donato | 0.10 | $34.00 | Conferred with City of Fulton counsel regarding deed restriction issue. |
| | K.M.Bennett | 0.10 | $24.00 | Reviewed authorization letter. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/20/10 | S.A.Donato | 0.10 | $34.00 | Conferred with D. Casey regarding reversionary issues. |
| | S.A.Donato | 0.10 | $34.00 | Reviewed Hospital reversionary issues. |
| 07/22/10 | S.A.Donato | 0.30 | $102.00 | Conferred with Attorney Dove regarding City of Fulton reversionary issues. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Donato concerning City of Fulton's claimed reversionary interest. |
| 07/23/10 | C.W.Hill | 0.20 | $58.00 | Emailed correspondence to Attorney Radel in response to inquiry on sale closing status. |
| 07/26/10 | K.M.Doner | 0.20 | $28.00 | Reviewed creditor matrix and certificate of service of sale motion and corresponded with Attorney Donato regarding service upon City of Fulton with respect to same. |
| | K.M.Bennett | 0.30 | $72.00 | Reviewed and revised Article 7 petition. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney Donato regarding treatment of City of Fulton reversionary interest. |
| | C.W.Hill | 0.80 | $232.00 | Office conference with Attorney Donato regarding City of Fulton reversionary issue. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with City of Fulton counsel regarding reversionary interests claim allowance issues. |
| | K.M.Pole | 0.20 | $43.00 | Consulted with Attorney McDonald regarding City of Fulton claim to proceeds of Hospital sale. |
| | K.M.Pole | 0.30 | $64.50 | Consulted with Attorney Weber regarding City of Fulton claim to proceeds from sale. |
| | R.C.McDonald | 0.50 | $142.50 | Consulted with Attorneys Donato and Hill regarding City of Fulton. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Pole regarding enforceability of City's reversionary interest in deed. |