# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/26/10 | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Weber regarding City's reversionary interest in deed. |
| | K.S.Weber | 0.50 | $82.50 | Consulted with Attorney Pole regarding possible removal of restrictive covenant and applicability of the Rule Against Perpetuities. |
| | S.A.Donato | 0.50 | $170.00 | Reviewed 363 motion and contract regarding contract sale contingencies. |
| 07/27/10 | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Donato regarding Medical Office Building sale and Bank of America issues. |
| | K.S.Weber | 1.50 | $247.50 | Reviewed law to determine whether a restriction on the use of the hospital in the form of a condition subsequent was subject to the Rule Against Perpetuities. |
| 07/28/10 | S.A.Donato | 0.60 | $204.00 | Conferred with City of Fulton counsel regarding reversionary rights issues and proof of claim allowance issues. |
| | S.A.Donato | 0.40 | $136.00 | Conferred with D. Casey regarding update in connection with Medical Office Building sale status and reviewed pending offers. |
| | K.M.Pole | 0.50 | $107.50 | Consulted with Attorney Weber regarding analysis of City right of re-entry including rule against perpetuities analysis. |
| | K.M.Pole | 0.30 | $64.50 | Consulted with Attorney Hill regarding right of re-entry. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding conversation with Mayor of the City of Fulton. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Donato regarding City of Fulton. |
| | R.C.McDonald | 0.20 | $57.00 | Participated in a conference call with D. Casey and Attorney Donato regarding City of Fulton. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/28/10 | K.S.Weber | 6.50 | $1,072.50 | Reviewed law to determine whether a restriction on the use of the hospital in the form of a condition subsequent was subject to the Rule Against Perpetuities and whether the condition could be extinguished. |
| | C.W.Hill | 0.30 | $87.00 | Office conference with Attorney Pole regarding City of Fulton reversionary interest issue. |
| | C.W.Hill | 0.30 | $87.00 | Telephone conference with Attorney Elleman regarding status of Medical Office Building marketing efforts and Bank of America mortgage. |
| | C.W.Hill | 0.60 | $174.00 | Office conference with Attorney Weber regarding City of Fulton reversionary interest research. |
| | S.A.Donato | 0.20 | $68.00 | Supplemental consultation with Attorney Dove regarding reversionary rights. |
| | S.A.Donato | 0.30 | $102.00 | Participated in conference call with Lee Memorial Hospital Administrator and Board President regarding City of Fulton reversionary rights and update. |
| 07/29/10 | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Donato regarding City of Fulton. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed Oswego Hospital purchase agreement concerning contract termination dates. |
| | K.S.Weber | 4.50 | $742.50 | Reviewed law to determine whether restriction on use of hospital in the form of a condition subsequent could be extinguished. |
| | K.S.Weber | 3.20 | $528.00 | Reviewed law to determine whether a hospital is a "charitable" or "benevolent" entity under Real Property Actions and Proceedings Law subjecting it to the provisions of RPAPL 1955. |
| | C.W.Hill | 0.50 | $145.00 | Office conference with Attorney Weber regarding procedure for removal of use restriction and reversionary interest in real property. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/29/10 | C.W.Hill | 0.40 | $116.00 | Office conference with Attorney Donato regarding research results on reversionary right of City under deed and potential resolution of matter. |
| 07/30/10 | R.C.McDonald | 0.10 | $28.50 | Consulted by email with Attorneys Donato and Hill regarding status of transaction with Oswego Hospital. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with client regarding Medical Office Building / Bank of America mortgage extension issues and update concerning City of Fulton reversionary issues. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with D. Casey regarding treatment of Bank of America mortgage on Medical Office Building. |
| | K.S.Weber | 0.20 | $33.00 | Continued research as to whether use restriction could be distinguished under Real Property Actions and Proceedings Law. |
| | K.M.Pole | 0.20 | $43.00 | Consulted with Attorney Weber regarding issues relating to City's right of re-entry. |

|  | | | |
|---|---|---|---|
| Subtotal: | Hours: | 175.70 | |
| | Amount: | $45,915.50 | |

### B140: Relief from Stay/Adequate Protection Proceedings

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/14/10 | C.W.Hill | 0.20 | $58.00 | Received and reviewed lift stay motion filed on behalf of Christine Duskee. |
| 07/02/10 | C.W.Hill | 0.10 | $29.00 | Telephone conference with Attorney Aaron Ryder regarding Christine Duskee order modifying stay. |
| 07/08/10 | K.M.Doner | 0.70 | $98.00 | Reviewed file materials and drafted proposed order modifying automatic stay on behalf of Christine Duskee. |
| 07/09/10 | C.W.Hill | 0.20 | $58.00 | Revised Duskee lift stay order. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/09/10 | C.W.Hill | 0.10 | $29.00 | Drafted email correspondence to Attorney Ryder regarding lift stay orer. |
| 07/20/10 | C.W.Hill | 0.20 | $58.00 | Revised and finalized Duskee lift stay order. |
| | Subtotal: | Hours: | 1.50 | |
| | | Amount: | $330.00 | |

**B150: Meetings of and Communications with Creditors**

| | | | | |
|------|------|------|--------|-------------|
| 03/15/10 | C.W.Hill | 0.30 | $87.00 | Telephone conference with Committee counsel regarding new offer to purchase accounts receivable, retention of ACL Acquisition Corp., and Committee letter for solicitation package in support of plan. |
| 03/17/10 | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to Quinnipiac University in response to to inquiry on notice of administrative claims bar date. |
| 04/13/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with D. Connelly of Northern Litho regarding status of creditor payments and chapter 11 plan. |
| 04/19/10 | K.M.Doner | 0.20 | $28.00 | Conferred with representative of Oswego County Health Department regarding balloting package and reviewed file materials in connection with same. |
| 04/22/10 | K.M.Doner | 0.20 | $28.00 | Participated in telephone conference with representative of Master Supply regarding balloting package. |
| 04/29/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Committee counsel regarding payment of employee benefit claims and accounts receivable collection issues. |
| 05/26/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Creditors Committee counsel regarding appeal filed by Department of Labor and potential preference actions. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/01/10 | K.M.Doner | 0.20 | $28.00 | Conferred with Dr. Lunas regarding his claim against the bankruptcy estate and reviewed schedules regarding same. |
| 07/27/10 | C.W.Hill | 0.10 | $29.00 | Telephone conference with J. Miracle at Kimberly Clark regarding status of case and distribution to creditors. |
| | Subtotal: | Hours: | 1.80 | |
| | | Amount: | $432.00 | |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/02/10 | C.W.Hill | 0.20 | $58.00 | Reviewed proposed retention letter and application to retain ACL Adjustment Associates. |
| | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to U.S. Trustee and Creditor's Committee counsel regarding proposed revisions to ACL retention. |
| 03/03/10 | C.W.Hill | 0.50 | $145.00 | Telephone conference with D. Kozlowski regarding retention application and order for ACL Adjustment Associates. |
| 03/04/10 | C.W.Hill | 0.20 | $58.00 | Reviewed final version of ACL retention application and executed same. |
| 03/15/10 | K.M.Doner | 0.10 | $14.00 | Outlined, drafted and finalized correspondence to Attorney Hirsh regarding fee application issues. |
| | K.M.Doner | 1.10 | $154.00 | Initial edits to billing summaries for February 2010 in preparation for drafting Bond, Schoeneck & King's third interim fee application. |
| | C.W.Hill | 0.50 | $145.00 | Reviewed and revised billing summary for October 2009 through January 2010 regarding Bond, Schoeneck & King's third interim fee application. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with K. Doner regarding billing summary edits. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/16/10 | K.M.Doner | 0.60 | $84.00 | Additional edits to billing summaries for February 2010 in preparation for drafting Bond, Schoeneck & King's third interim fee application. |
| | C.W.Hill | 0.30 | $87.00 | Emailed correspondence with Attorney Hirsh regarding payment of Arent Fox second interim fee award. |
| | C.W.Hill | 0.10 | $29.00 | Received and reviewed order appointing ACL adjustment Association to collect accounts receivable. |
| | C.W.Hill | 0.10 | $29.00 | Drafted email correspondence to D. Casey regarding ACL appointment order. |
| 03/22/10 | K.M.Doner | 0.30 | $42.00 | Additional edits to billing summaries in preparation for drafting Bond, Schoeneck & King's third interim fee application. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed order approving accounts receivable collection agent and conferred with client regarding same. |
| 03/23/10 | K.M.Doner | 0.30 | $42.00 | Reviewed file materials and drafted joint notice for hearing in connection with third interim fee applications. |
| | K.M.Doner | 0.10 | $14.00 | Reviewed file materials and prepared itemization of travel disbursements in connection with Bond, Schoeneck & King's third interim fee application. |
| | K.M.Doner | 0.10 | $14.00 | Reviewed file materials and prepared itemization of total disbursements in connection with Bond, Schoeneck & King's third interim fee application. |
| | K.M.Doner | 1.20 | $168.00 | Began outlining Bond, Schoeneck & King's third interim fee application. |
| 03/24/10 | K.M.Doner | 1.50 | $210.00 | Continued outlining and drafting Bond, Schoeneck & King's third interim fee application. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/24/10 | C.W.Hill | 0.30 | $87.00 | Office conference with K. Doner regarding description of services for Bond, Schoeneck & King's third interim fee application. |
| 03/26/10 | K.M.Doner | 0.30 | $42.00 | Continued outlining and drafting Bond, Schoeneck & King's fourth interim fee application. |
| | K.M.Doner | 2.30 | $322.00 | Completed draft of Bond, Schoeneck & King's third interim fee application. |
| | K.M.Doner | 0.10 | $14.00 | Received and reviewed correspondence from Committee counsel regarding final numbers for joint notice. |
| 03/30/10 | C.W.Hill | 0.70 | $203.00 | Reviewed and revised Bond, Schoeneck & King's third interim fee application. |
| 03/31/10 | K.M.Doner | 1.50 | $210.00 | Revised Bond, Schoeneck & King's third interim fee application and finalized exhibits in connection with same. |
| | T.A.Vanetti | 0.30 | $39.00 | Prepared certificate of service for notice and certificate of service for notice and application for Bond, Schoeneck & King's third fee application. |
| | T.A.Vanetti | 0.10 | $13.00 | Prepared letter to Court regarding Bond, Schoeneck & King's fee application. |
| 04/01/10 | K.M.Doner | 0.40 | $56.00 | Finalized Bond, Schoeneck & King's third interim fee application and electronically filed same with the Court. |
| | K.M.Doner | 0.30 | $42.00 | Prepared and served Bond, Schoeneck & King's third interim fee application upon interested parties, finalized certificates of service and electronically filed same with the Court. |
| 04/16/10 | S.C.Temes | 0.60 | $126.00 | Reviewed fee application and docket in preparation for hearing. |
| 04/21/10 | S.C.Temes | 0.50 | $105.00 | Prepared for fee application hearing and review docket. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/22/10 | K.M.Doner | 0.10 | $14.00 | Prepared for hearing on fee application. |
| | S.C.Temes | 0.60 | $126.00 | Prepared for and attended hearing regarding fee application. |
| 04/28/10 | K.M.Doner | 0.20 | $28.00 | Reviewed file materials and began drafting proposed order approving Bond, Schoeneck & King's third interim fee application. |
| | K.M.Doner | 0.10 | $14.00 | Consulted with Attorney Temes regarding Bond, Schoeneck & King's third interim fee application. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Temes regarding results of April 22, 2010 Bond, Schoeneck & King fee application hearing and additional information requested by Court. |
| 05/06/10 | K.M.Doner | 0.10 | $14.00 | Participated in office conference with Attorney Hill regarding terms of proposed order approving Bond, Schoeneck & King's third interim fee application. |
| | C.W.Hill | 0.40 | $116.00 | Appeared at Bankruptcy Court hearing on Bond, Schoeneck & King's third interim fee application. |
| 05/10/10 | K.M.Doner | 0.10 | $14.00 | Participated in office conference with Attorney Hill regarding terms of proposed order approving Bond, Schoeneck & King's third interim fee application. |
| | K.M.Doner | 0.40 | $56.00 | Reviewed file materials and drafted proposed order approving Bond, Schoeneck & King's third interim fee application. |
| 05/11/10 | K.M.Doner | 0.20 | $28.00 | Finalized proposed order approving Bond, Schoeneck & King's third interim fee application and electronically submitted same to the Court for approval. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/11/10 | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to Judge Cangilos-Ruiz and interested parties regarding Bond, Schoeneck & King's third interim fee order and electronically filed same with the Court. |
| | K.M.Doner | 0.20 | $28.00 | Received and reviewed order approving Arent Fox' third interim fee application and outlined, drafted and finalized correspondence to D. Casey regarding same. |
| | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to L. Sauer-Milford of Milliman firm regarding information needed for retention papers. |
| | C.W.Hill | 0.30 | $87.00 | Revised order approving Bond, Schoeneck & King third interim fee application. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conferences with United States Trustee and actuary Linda Sauer-Milford regarding retention as actuary to Debtor. |
| | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to K. Doner regarding retention of Milliman as actuary to Debtor. |
| 05/12/10 | K.M.Doner | 0.10 | $14.00 | Consulted with Attorney Hill regarding retention papers for Milliman firm as pension consultants to Debtor. |
| | K.M.Doner | 1.60 | $224.00 | Reviewed file materials and drafted proposed order, application and affidavit seeking to retain Milliman firm as pension consultants to Debtor. |
| | K.M.Doner | 0.20 | $28.00 | Participated in various follow up office conferences with Attorney Hill regarding Milliman retention papers. |
| | K.M.Doner | 0.10 | $14.00 | Conferred with L. Milford of Milliman regarding retention issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/12/10 | K.M.Doner | 0.30 | $42.00 | Revised Milliman retention affidavit. |
| | C.W.Hill | 0.60 | $174.00 | Reviewed and revised Milliman retention application and affidavit. |
| 05/13/10 | K.M.Doner | 0.30 | $42.00 | Participated in various telephone conferences with L. Sauer-Mildord of Milliman, Inc. regarding retention issues. |
| | K.M.Doner | 0.40 | $56.00 | Revised proposed order, application and affidavit for order appointing Milliman, Inc. as pension consultants to Debtor. |
| 05/14/10 | C.W.Hill | 0.20 | $58.00 | Reviewed list of creditor clients provided by Milliman. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with H. Youzwak at Milliman regarding affidavit in support of retention. |
| | C.W.Hill | 0.30 | $87.00 | Finalize Milliman retention papers. |
| 06/08/10 | C.W.Hill | 0.10 | $29.00 | Telephone conference with L. Sauer-Milford regarding additional information. |

|  | Subtotal: | Hours: | 23.40 |
|--|-----------|--------|-------|
|  |           | Amount: | $4,351.00 |

### B170: Fee/Employment Objections

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/13/10 | K.M.Doner | 0.10 | $14.00 | Received and reviewed U.S. Trustee's informal objections to Bond, Schoeneck & King's third interim fee application. |
| | K.M.Doner | 0.10 | $14.00 | Consulted with Attorney Donato regarding informal objections raised by U.S. Trustee to Bond, Schoeneck & King's third interim fee application. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | **Hours** | **Amt** | **Description** |
|------|------|------|------|------|
| 04/14/10 | K.M.Doner | 0.10 | $14.00 | Outlined, drafted and finalized correspondence to C. Sasso of the U.S. Trustee's Office regarding response to objections to Bond, Schoeneck & King's third interim fee application. |
| | S.C.Temes | 0.20 | $42.00 | Meeting with Attorney Hill regarding fee application. |
| | Subtotal: | Hours: | 0.50 | |
| | | Amount: | $84.00 | |

**B180: Avoidance Action Analysis**

| | | | | |
|------|------|------|------|------|
| 05/26/10 | C.W.Hill | 0.30 | $87.00 | Email correspondence with Creditors' Committee counsel regarding preference analysis. |
| | Subtotal: | Hours: | 0.30 | |
| | | Amount: | $87.00 | |

**B185: Assumption/Rejection of Leases and Contracts**

| | | | | |
|------|------|------|------|------|
| 03/04/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding Michaud lease. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred by email with Attorneys Donato and Hill regarding Michaud lease. |
| | R.C.McDonald | 0.20 | $57.00 | Prepared email to D. Casey and Attorney Donato regarding message from Attorney Oldfield pertaining to Michaud lease. |
| 03/05/10 | S.A.Donato | 0.10 | $34.00 | Reviewed email from D. Casey regarding Michaud lease extension issues. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorneys Donato and Hill regarding extension of Michaud lease. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 03/05/10 | R.C.McDonald | 0.60 | $171.00 | Participated in a conference call with D. Casey and Attorney Donato regarding sale process for Medical Office Building and extension of Michaud lease. |
| 03/09/10 | R.C.McDonald | 0.40 | $114.00 | Reviewed hospital lease regarding renewal terms and potential for rent increase. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Hill regarding hospital lease. |
| 03/11/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding Meditech agreement. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed Meditech agreement and related emails. |
| | R.C.McDonald | 0.10 | $28.50 | Prepared email to D. Casey regarding Meditech agreement. |
| 03/15/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Michael Crofton of Pantheon Capital regarding claim bar date and cure payment status. |
| 03/24/10 | R.C.McDonald | 0.20 | $57.00 | Conferred by telephone with D. Casey regarding requests for lease extensions. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Donato regarding telephone call with D. Casey. |
| 04/01/10 | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney McDonald regarding lease extension terms with Oswego Hospital and hearing to approve sale of 460 Park Street property. |
| 04/06/10 | C.W.Hill | 0.30 | $87.00 | Reviewed proposed lease and asset purchase agreement extension agreements and request for new lease at Medical Office Building. |
| 04/07/10 | S.A.Donato | 1.10 | $374.00 | Reviewed proposed revised lease extension documentation received from Oswego Hospital and prepared email to Attorney Stonehill regarding same. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/08/10 | S.A.Donato | 0.20 | $68.00 | Continued review of Oswego lease extension documents. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred by email with D. Casey regarding potential new tenant for Medical Office Building. |
| | R.C.McDonald | 0.20 | $57.00 | Prepared email to Attorney Oldfield regarding request for lease extensions. |
| | S.A.Donato | 0.20 | $68.00 | Prepared email to D. Casey regarding lease extension issues. |
| 04/09/10 | S.A.Donato | 0.40 | $136.00 | Conferred with Attorney Hirsh concerning Creditors' Committee response to lease extension requests and prepared email to Attorney Hirsh regarding same. |
| 04/13/10 | C.W.Hill | 0.10 | $29.00 | Emailed correspondence to D. Casey regarding outstanding balances under capital leases. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed emails from Attorney Hill and D. Casey regarding capital leases. |
| 04/16/10 | R.C.McDonald | 0.40 | $114.00 | Conferred with Attorney Donato regarding lease extension and other issues related to Oswego Hospital. |
| | S.A.Donato | 0.40 | $136.00 | Reviewed 363 order and asset purchase agreement in connection with executory contract negotiations and assumption and cure duties. |
| 04/19/10 | S.A.Donato | 0.40 | $136.00 | Conferred with D. Casey regarding Medical Office Building lease extension issues and reviewed plan liquidation procedures. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed revised lease extension documentation received from Oswego Hospital. |
| 04/21/10 | S.A.Donato | 0.20 | $68.00 | Reviewed client correspondence regarding Oswego Hospital lease renewal and extension request. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/21/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from Attorney Connell regarding Meditech agreement. |
| | R.C.McDonald | 0.20 | $57.00 | Follow up telephone conference with Attorney Connell regarding Meditech agreement. |
| | S.A.Donato | 0.20 | $68.00 | Conferred with client regarding lease extension request. |
| 04/22/10 | R.C.McDonald | 0.10 | $28.50 | Conferred by email with D. Casey regarding contract extensions. |
| | R.C.McDonald | 0.50 | $142.50 | Worked on amendment to extend terms of lease with Michaud. |
| 04/27/10 | R.C.McDonald | 0.20 | $57.00 | Conferred by email with Attorney Connell regarding extension of Meditech agreement. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed revised Meditech agreement. |
| | R.C.McDonald | 0.10 | $28.50 | Prepared email to D. Casey regarding lease agreement. |
| 04/28/10 | J.B.Elleman | 0.50 | $147.50 | Telephone conference with D. Casey regarding letter of intent from Quartier. |
| | R.C.McDonald | 0.20 | $57.00 | Revised Michaud lease amendment. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with M. Crofton of Pantheon Capital regarding status of asset sale closing with Oswego Hospital and payment of cure payments. |
| 04/29/10 | R.C.McDonald | 0.20 | $57.00 | Prepared email to Attorney Connell regarding extension of Meditech agreement. |
| 04/30/10 | R.C.McDonald | 0.20 | $57.00 | Conferred by email with Attorney Oldfield regarding extension agreements. |
| 05/05/10 | R.C.McDonald | 0.20 | $57.00 | Reviewed maintenance and security services agreement and second amendment to Hospital lease. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 05/05/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding lease extensions. |
| 05/10/10 | R.C.McDonald | 0.10 | $28.50 | Conferred with Attorney Hill regarding capital leases. |
| 05/11/10 | R.C.McDonald | 0.20 | $57.00 | Reviewed lease with Oswego Hospital for premises in Medical Office Building at the request of D. Casey. |
| 05/12/10 | K.M.Doner | 0.20 | $28.00 | Responded to creditor inquiry concerning lease rejection issues. |
| | C.W.Hill | 0.90 | $261.00 | Telephone conference with Attorney Oldfield regarding cure and payoff amounts for capital leases. |
| 05/13/10 | C.W.Hill | 0.30 | $87.00 | Telephone conference with Amy Dziondziakowski at GE Healthcare regarding lease rejection order and cure of arrears under assumed leases. |
| | C.W.Hill | 0.40 | $116.00 | Drafted detailed email correspondence to Amy Dziondziakowski at GE Healthcare regarding lease rejection order and cure of arrears under assumed leases. |
| | C.W.Hill | 0.10 | $29.00 | Telephone conference with M. Crofton at Pantheon regarding Oswego Hospital contract and lease assignment. |
| 05/19/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed Hospital lease with Oswego Hospital. |
| 06/14/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from Attorney Oldfield regarding possible lease extensions. |
| 07/20/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from Attorney Connell of Meditech. |
| 07/21/10 | R.C.McDonald | 0.20 | $57.00 | Conferred by telephone with Attorney Connell regarding extension of Meditech agreement. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 07/23/10 | R.C.McDonald | 0.10 | $28.50 | Prepared email to Attorney Connell at Meditech regarding status of amended access agreement. |
| 07/29/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from Attorney Connell of Meditech. |
| | R.C.McDonald | 0.10 | $28.50 | Consulted by email with D. Casey regarding status of amended Meditech agreement. |
| | R.C.McDonald | 0.10 | $28.50 | Prepared email to Attorney Connell regarding signed Meditech agreement. |
| 07/30/10 | R.C.McDonald | 0.10 | $28.50 | Prepared email to Attorney Oldfield regarding contract extensions. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed email from Attorney Oldfield regarding contract extensions. |

|  | Subtotal: | Hours: | 14.40 | |
|  |  | Amount: | $4,286.00 | |

## B190: Other Contested Matters (excluding assumption/rejection motions)

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 03/05/10 | T.A.Vanetti | 1.00 | $130.00 | Finalized notice of motion and motion and electronically filed same with the Court. |
| 03/30/10 | C.W.Hill | 0.10 | $29.00 | Telephone conference with Attorney Kozlowski regarding motion hearings scheduled for April 1, 2010. |
| 04/28/10 | C.W.Hill | 0.20 | $58.00 | Correspond with Attorney Mirabito and Court regarding further adjournment of motion for deficiency judgment. |
| 05/10/10 | T.L.Kennedy | 1.80 | $360.00 | Reviewed pleadings and relevant case law in preparation for meeting to discuss strategy with respect to memorandum decision on DOL claim. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 06/17/10 | C.W.Hill | 0.30 | $87.00 | Telephone conference with Attorney Mirabito and office conference with Attorney Elleman regarding Fulton Savings Bank summary judgment motion and status of Medical Office Building sale. |
| | C.W.Hill | 0.30 | $87.00 | Drafted letter to Andrew Wolfe at Chambers of Hon. James McCarthy regarding 60-day adjournment request for Fulton Savings Bank motion for deficiency judgment. |
| 06/24/10 | S.A.Donato | 0.40 | $136.00 | Reviewed Horizon response to account receivable sale issues and Bankruptcy Code regarding standing requirements. |
| | C.W.Hill | 0.30 | $87.00 | Reviewed Horizon Resources motion to purchase accounts receivable, joint objection and reply in preparation for motion hearing. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with creditors' Committee counsel in preparation for Horizon Resources motion hearing. |
| | C.W.Hill | 0.30 | $87.00 | Telephone conference with D. Casey regarding credit bureau collection fees and accounts receivable matters in preparation for motion hearing. |
| | C.W.Hill | 0.80 | $232.00 | Appeared at Bankruptcy Court hearing in opposition to Horizon Resources' motion to purchase accounts receivable. |
| | C.W.Hill | 0.30 | $87.00 | Telephone conference with D. Casey regarding results of Horizon Resources motion hearing and 1199 SEIU request for additional information. |
| 06/25/10 | C.W.Hill | 0.30 | $87.00 | Drafted order denying Horizon Resources motion. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 06/28/10 | T.A.Vanetti | 0.40 | $52.00 | Finalized order denying Horizon Resources motion and letter submitting order and electronically filed same. |
| | C.W.Hill | 0.20 | $58.00 | Revised order denying Horizon Resources motion and forward to counsel for review. |
| 07/01/10 | K.M.Doner | 0.30 | $42.00 | Prepared and served order denying application of Horizon Resources, LLC seeking authorization to purchase certain accounts receivable upon interested parties, prepared certificate of service and electronically filed same with the Court. |
| 07/28/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney Mirabito and Supreme Court Clerk Andrew Wolfe regarding further adjournment of Fulton Savings Bank summary judgment motion. |
| 07/29/10 | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to Andrew Wolfe regarding additional 30-day adjournment request on Fulton Savings Bank summary judgment motion. |

Subtotal:  Hours: 7.60
Amount: $1,793.00

**B195: Non-Working Travel**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 05/19/10 | C.W.Hill | 0.70 | $203.00 | Traveled to Fulton, New York for Board of Directors meeting and provide update on various bankruptcy matters. |
| 06/02/10 | R.C.McDonald | 0.80 | $228.00 | Traveled to Fulton to meet with Attorney Sumner to prepare for meeting with Mayor and attorney for City of Fulton. |
| 06/09/10 | C.W.Hill | 0.80 | $232.00 | Traveled to Fulton to prepare D. Casey as witness for confirmation hearing. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 06/15/10 | R.C.McDonald | 0.80 | $228.00 | Traveled to Fulton to attend meeting with Fulton City Council. |
| 07/06/10 | R.C.McDonald | 0.80 | $228.00 | Traveled to Fulton, NY to attend public hearing. |
| | Subtotal: | Hours: | 3.90 | |
| | | Amount: | $1,119.00 | |

### B210: Business Operations

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/02/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding Dr. Roy. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding telephone call with J. Coakley. |
| 03/03/10 | S.A.Donato | 0.20 | $68.00 | Reviewed Pension Benefit Guaranty Corporation correspondence regarding Pension Benefit Guaranty Corporation Trustee appointment issues. |
| | C.W.Hill | 1.20 | $348.00 | Telephone conferences with D. Casey regarding retention of ACL Adjustment Association, Pension Benefit Guaranty Corporation plan termination letter, sale of 460 Park Street property, status of Oswego Hospital HEAL Grant and sale closing and proposed sale of Medical Office Building. |
| 03/09/10 | C.W.Hill | 0.90 | $261.00 | Telephone conference with D. Casey regarding objections to and treatment of various Pension Benefit Guaranty Corporation claims, Department of Labor claim objection, sale of 460 Park Street property, execution of plan and disclosure statement, timing of confirmation hearing, ACL retention, second installment of key employee incentive plan payments and Oswego Hospital lease terms. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/10/10 | J.B.Elleman | 0.70 | $206.50 | Telephone conference with client regarding Board of Directors meeting. |
| 03/16/10 | C.W.Hill | 1.40 | $406.00 | Telephone conference with D. Casey regarding valuation of accounts receivable, disbursement of key employee incentive plan payments, sale of 460 offer, Fulton Savings Bank consolidated mortgage and transition of pension plan assets to Pension Benefit Guaranty Corporation. |
| 03/17/10 | C.W.Hill | 0.10 | $29.00 | Reviewed correspondence from Department of Health regarding change of HEAL NY grant office and procedures. |
| 03/18/10 | C.W.Hill | 0.30 | $87.00 | Telephone conference with D. Casey regarding receipt and deposit of HEAL Grant funds. |
| 03/19/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding email from J. Coakley. |
| 03/22/10 | C.W.Hill | 0.50 | $145.00 | Telephone conference with D. Casey regarding Medical Office Building sale and listing status, sale of 460 Park Street, payment of second installment of key employee incentive plan payments and deposit/investment of HEAL Grant reimbursements. |
| 03/23/10 | S.A.Donato | 0.30 | $102.00 | Reviewed U.S. Trustee email regarding Grant Disbursement Agreement investment fund guideline proposal and conferred with client regarding same. |
| | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to United States Trustee regarding deposit of HEAL Grant funds at HSBC Bank. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conferences with Louise Sperati and Dennis Casey regarding HSBC special account and deposit of HEAL Grant proceeds. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/25/10 | S.A.Donato | 0.20 | $68.00 | Reviewed Debtor's request to pay employee accrued benefits in regard to Grant Disbursement Agreement grant. |
| | S.A.Donato | 0.20 | $68.00 | Reviewed Court order approving Grant Disbursement Agreement HEAL Grant award. |
| 03/30/10 | C.W.Hill | 0.50 | $145.00 | Telephone conference with D. Casey regarding 55/15 employee benefit payments, Department of Labor claim, sale of 460 Park Street, date of pension plan takeover by Pension Benefit Guaranty Corporation and collection/sale of accounts receivable. |
| 03/31/10 | R.C.McDonald | 0.50 | $142.50 | Conferred by telephone with D. Casey regarding maintenance and landscaping at facilities. |
| | R.C.McDonald | 0.40 | $114.00 | Reviewed maintenance and security Agreement and leases regarding landscaping at facilities. |
| 04/12/10 | R.C.McDonald | 0.20 | $57.00 | Conferred by telephone with Attorney Picciotti regarding environmental issues. |
| 04/13/10 | R.C.McDonald | 0.30 | $85.50 | Conferred by telephone with D. Casey regarding environmental issues raised by Harris Beach regarding maintenance issues. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred by email with Attorney Picciotti regarding environmental matters at the Hospital. |
| 04/21/10 | R.C.McDonald | 0.20 | $57.00 | Reviewed email from D. Casey regarding maintenance at the Medical Office Building. |
| 04/28/10 | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with D. Casey regarding several outstanding matters. |
| 04/29/10 | C.W.Hill | 1.50 | $435.00 | Telephone conference with D. Casey regarding real property purchase offers, accounts receivable collection, proof of claim review, Pension Benefit Guaranty Corporation proof of claims, Green Building sale, capital leases, employee benefit payments, cash flow and lease extensions. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/30/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed emails from D. Casey and Attorney Hill regarding status of Oswego Hospital's HEAL Grant. |
| 05/04/10 | C.W.Hill | 0.30 | $87.00 | Reviewed status of legacy accounts and underlying documents. |
| 05/05/10 | C.W.Hill | 0.70 | $203.00 | Telephone conference with D. Casey regarding capital leases balance due and contact information, Oswego Hospital sale closing, legacy accounts and pension plan transfer to Pension Benefit Guaranty Corporation. |
| | R.C.McDonald | 0.70 | $199.50 | Prepared amendment to maintenance and security agreement. |
| | R.C.McDonald | 0.10 | $28.50 | Prepared email to D. Casey regarding amendment to maintenance and security Agreement. |
| 05/10/10 | C.W.Hill | 1.20 | $348.00 | Telephone conference with D. Casey regarding accounting software, operating reports, closing of corporation, City of Fulton tax assessment, capital leases, attorneys fees, decision on Department of Labor claim and Pension Benefit Guaranty Corporation amended proofs of claim. |
| 05/11/10 | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney McDonald regarding City of Fulton tax assessment issue and Oswego Hospital for Medical Office Building lease. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred by telephone with D. Casey regarding various issues. |
| 05/12/10 | C.W.Hill | 0.40 | $116.00 | Reviewed HEAL Grant documentation and voucher process in preparation for submitting vouchers for lease cure funds and Pension Benefit Guaranty Corporation claim payment. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/12/10 | C.W.Hill | 0.80 | $232.00 | Telephone conference with D. Casey regarding county tax notice on Medical Office Building, agenda for May 19, 2010 Board meeting, Oswego Health leases and decision allowing Department of Labor claim. |
| 05/17/10 | R.C.McDonald | 0.40 | $114.00 | Consulted with Attorney Donato regarding status of various matters in preparation for client's Board meeting. |
| 05/18/10 | C.W.Hill | 0.70 | $203.00 | Prepared for May 19, 2010 Hospital Board meeting. |
| | C.W.Hill | 0.40 | $116.00 | Drafted agenda of bankruptcy items for discussion at May 19, 2010 Board of Directors meeting. |
| | R.C.McDonald | 0.50 | $142.50 | Conferred by telephone with D. Casey regarding several matters. |
| | R.C.McDonald | 0.10 | $28.50 | Consulted with Attorney Hill regarding telephone call with D. Casey. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed agenda for Lee Memorial Board meeting. |
| | R.C.McDonald | 0.50 | $142.50 | Consulted by telephone with Attorney Donato to assist with preparation for Lee Memorial Board of Directors meeting. |
| 05/19/10 | C.W.Hill | 2.50 | $725.00 | Attend Board of Directors meeting and provide update on various bankruptcy matters. |
| | S.A.Donato | 2.70 | $918.00 | Final preparation for and attend Board meeting. |
| | R.C.McDonald | 0.10 | $28.50 | Prepared email to Attorney Donato at Lee Memorial Board of Directors meeting. |
| 05/20/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with J. Giocondo at Department of Health regarding Hospital's HEAL Grant contract and voucher status. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/27/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding status of various matters. |
| | C.W.Hill | 0.30 | $87.00 | Telephone conference with D. Casey regarding adjustments to December operating report, SEIU administrative proof of claim and Horizon Resources motion to purchase accounts receivable. |
| 05/28/10 | C.W.Hill | 0.70 | $203.00 | Telephone conference with R. Schmidt at Department of Health regarding balance available under HEAL Grant and procedures for modifying grant contract. |
| 06/01/10 | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Donato regarding proposed amendment to HEAL Grant contract and status of Oswego Hospital HEAL Grant funds. |
| 06/11/10 | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Hill regarding conference call scheduled with Oswego Hospital to prepare for Fulton City Council meeting. |
| 06/14/10 | R.C.McDonald | 0.60 | $171.00 | Participated in a conference call with A. Gilpen, J. Coakley and Attorneys Stonehill and Oldfield to prepare for Fulton City Council Meeting. |
| 06/15/10 | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with D. Casey regarding Fulton City Council meeting and related matters. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted by telephone with Attorney Donato regarding meeting with Fulton City Council. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred by telephone with D. Casey regarding meeting with Fulton City Council. |
| | R.C.McDonald | 3.00 | $855.00 | Participated in a meeting with Fulton City Council and representatives from Oswego Hospital. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 06/16/10 | C.W.Hill | 0.30 | $87.00 | Reviewed file for HEAL Grant award letter and correspondence with Department of Health requested by Pension Benefit Guaranty Corporation and forward same to Pension Benefit Guaranty Corporation counsel. |
| | C.W.Hill | 0.20 | $58.00 | Additional correspondence with Pension Benefit Guaranty Corporation regarding HEAL Grant contract. |
| 06/17/10 | C.W.Hill | 1.30 | $377.00 | Telephone conference with D. Casey regarding appeal of BAR decision, SEIU training fund information request, statements of sale for real estate closing, Horizon Resources motion, City Council meeting and Oswego Hospital closing issues. |
| 06/22/10 | C.W.Hill | 0.20 | $58.00 | Emailed correspondence to Pension Benefit Guaranty Corporation regarding fully executed HEAL Grant contract. |
| 07/06/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with D. Casey regarding documents in support of legacy accounts and bequests. |
| | C.W.Hill | 0.30 | $87.00 | Reviewed legacy account documents. |
| | C.W.Hill | 0.50 | $145.00 | Telephone conference with Pension Benefit Guaranty Corporation counsel regarding request for original HEAL Grant application, HEAL Grant payment, destroyed documents and actuary request for payment. |
| 07/08/10 | C.W.Hill | 0.50 | $145.00 | Telephone conference with D. Casey regarding verified petition, Pension Benefit Guaranty Corporation document request and related issues, exhibits for verified petition and Milliman invoice. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 07/13/10 | R.C.McDonald | 0.50 | $142.50 | Conferred by telephone with D. Casey regarding numerous matters. |
| | R.C.McDonald | 0.40 | $114.00 | Conferred by telephone with Attorney Oldfield regarding various matters. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorneys Donato and Hill regarding various issues. |
| 07/19/10 | R.C.McDonald | 0.20 | $57.00 | Consulted by telephone with Attorney Donato regarding various issues. |
| 07/21/10 | C.W.Hill | 0.50 | $145.00 | Telephone conference with D. Casey regarding training fund administrative claim, key employee incentive plan payments, assessment board appeal, Horizon Resources accounts receivable purchase offer and Cardinal Health claims. |
| 07/22/10 | C.W.Hill | 0.50 | $145.00 | Reviewed original HEAL application requested by Pension Benefit Guaranty Corporation. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred by email with Attorney Connell of Meditech. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed draft of proposed amended access agreement with Meditech. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred by email with D. Casey regarding amended Meditech agreement. |
| 07/23/10 | C.W.Hill | 0.40 | $116.00 | Reviewed original HEAL Grant application dated July 13, 2007 and background information provided by D. Casey. |
| | C.W.Hill | 0.70 | $203.00 | Drafted detailed email correspondence to Pension Benefit Guaranty Corporation counsel explaining contents and background of 2007 HEAL Grant application. |
| | C.W.Hill | 0.10 | $29.00 | Reviewed Bank of America proposals regarding Lee Development mortgage. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 07/26/10 | C.W.Hill | 0.10 | $29.00 | Emailed correspondence to D. Casey regarding Bank of America mortgage extension on Medical Office Building. |
| 07/27/10 | C.W.Hill | 0.50 | $145.00 | Telephone conference with D. Casey regarding Medical Office Building mortgage and sale status, key employee incentive plan payments and availability of staff. |
| | Subtotal: | Hours: | 37.80 | |
| | | Amount: | $11,086.50 | |

**B220: Employee Benefits/Pensions**

| | | | | |
|------|------|------|------|------|
| 03/01/10 | S.A.Donato | 4.40 | $1,496.00 | Reviewed and revised objection to Pension Benefit Guaranty Corporation termination premium and reviewed Title 29 and supporting case law regarding same. |
| 03/02/10 | C.W.Hill | 0.20 | $58.00 | Received and reviewed letter from Pension Benefit Guaranty Corporation regarding effective date of agreement to terminate pension plan and related information. |
| 03/03/10 | S.A.Donato | 0.20 | $68.00 | Reviewed transfer procedures in connection with pension Trustee assignment procedures. |
| 03/10/10 | C.W.Hill | 0.50 | $145.00 | Began drafting affidavit of Krista Fox regarding second key employee incentive plan payment. |
| 03/11/10 | C.W.Hill | 0.50 | $145.00 | Finalized Krista Fox affidavit regarding second key employee incentive plan payment. |
| | C.W.Hill | 0.10 | $29.00 | Drafted email correspondence to Krista Fox regarding execution of key employee incentive plan affidavit. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/16/10 | C.W.Hill | 0.60 | $174.00 | Drafted affidavits in support of entitlement to second installment of key employee incentive plan payments for Kim Rossiter, Shirley Seabury, Kathleen Harris and Krista Fox. |
| | C.W.Hill | 0.30 | $87.00 | Drafted correspondence to Kim Rossiter, Shirley Seabury, Kathleen Harris and Krista Fox regarding execution of key employee incentive plan payment affidavits. |
| 03/22/10 | C.W.Hill | 0.30 | $87.00 | Reviewed signed key employee incentive plan payment affidavits and request issuance of checks for second interim installment payments. |
| 03/25/10 | C.W.Hill | 0.10 | $29.00 | Office conference with Attorney Donato regarding payment of employee benefit claims with HEAL Grant funds. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with D. Casey regarding employee benefit payments and Medical Office Building sale listing. |
| 03/26/10 | C.W.Hill | 0.20 | $58.00 | Emailed correspondence to Committee and United States Trustee regarding proposed payment of employee benefit claims from HEAL Grant funds. |
| 04/07/10 | C.W.Hill | 0.70 | $203.00 | Reviewed employee benefit claims to be paid using HEAL Grant funds. |
| | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to U.S. Trustee and Committee counsel regarding proposed payment of employee benefit claims. |
| 04/08/10 | C.W.Hill | 0.60 | $174.00 | Telephone conference with D. Casey regarding Debtor's pension plan's actuarial cost method calculation, potential amended Pension Benefit Guaranty Corporation claims, possible retention of actuary to review Pension Benefit Guaranty Corporation claims, general claim review and Medical Office Building sale status. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/12/10 | C.W.Hill | 0.40 | $116.00 | Telephone conferences with D. Casey regarding retention of Milliman and execution of retention application and Pension Benefit Guaranty Corporation matters. |
| 06/10/10 | C.W.Hill | 0.20 | $58.00 | Participated in telephone conference Pension Benefit Guaranty Corporation counsel regarding pension plan issues and missing documents. |
| 06/22/10 | C.W.Hill | 0.30 | $87.00 | Correspond with SEIU training fund counsel regarding employee wage information. |
| 07/13/10 | S.C.Daley | 1.80 | $612.00 | Reviewed additional research materials and articles regarding Pension Benefit Guaranty Corporation claims. |
| | S.C.Daley | 1.00 | $340.00 | Reviewed Pension Protection Act and legislative history and participated in conference call regarding Pension Benefit Guaranty Corporation claims. |
| 07/27/10 | S.C.Daley | 0.90 | $306.00 | Reviewed pension claim information provided by Pension Benefit Guaranty Corporation. |
| | S.C.Daley | 1.00 | $340.00 | Researched ERISA issues raised by pension claim. |
| | S.C.Daley | 0.30 | $102.00 | Participated in conference call regarding pension claim. |

|  | Subtotal: | Hours: | 15.00 | |
|--|-----------|--------|-------|--|
|  |  | Amount: | $4,830.00 | |

**B230: Financing/Cash Collections**

| 03/23/10 | C.W.Hill | 0.10 | $29.00 | Reviewed cash flow statement for week ending March 19, 2010. |
|----------|----------|------|--------|--------------------------------------------------------------|
| 04/14/10 | C.W.Hill | 0.10 | $29.00 | Received and reviewed weekly cash report for week ending April 9, 2010. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/29/10 | C.W.Hill | 0.10 | $29.00 | Reviewed cash flow report for week ending April 23, 2010. |
| 05/12/10 | C.W.Hill | 0.10 | $29.00 | Reviewed weekly cash report for week ending May 7, 2010. |
| 06/07/10 | C.W.Hill | 0.10 | $29.00 | Reviewed weekly cash reports for weeks ending May 28, 2010 and June 4, 2010. |

|  | Subtotal: | Hours: | 0.50 | |
|  |  | Amount: | $145.00 | |

**B240: Tax Issues**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/13/10 | R.C.McDonald | 0.30 | $85.50 | Conferred by telephone with Attorney Oldfield regarding appeal of tax assessment. |
| 05/14/10 | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Hill regarding tax assessment appeal. |
|  | C.W.Hill | 0.30 | $87.00 | Office conference with Attorney McDonald regarding City of Fulton tax assessment issues and potential grievance. |
| 05/17/10 | K.M.Bennett | 0.30 | $72.00 | Consulted with Attorney Pole regarding grievance issues. |
| 05/19/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney McDonald regarding hospital's grievance of real property tax as assessment and tax exemption. |
|  | R.C.McDonald | 0.20 | $57.00 | Conferred by email with Attorney Donato regarding tax assessment grievance process. |
|  | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Bennett regarding tax assessment grievance process. |
|  | K.M.Bennett | 0.20 | $48.00 | Consulted with Attorney McDonald regarding assessment grievance issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/20/10 | R.C.McDonald | 0.30 | $85.50 | Conferred by telephone with Attorney Oldfield regarding tax assessment grievance. |
| | R.C.McDonald | 0.10 | $28.50 | Conferred with Attorney Hill regarding tax assessment grievance. |
| 05/21/10 | K.M.Bennett | 1.00 | $240.00 | Researched and analyzed law regarding property tax exemptions. |
| | R.C.McDonald | 0.30 | $85.50 | Consulted with Attorney Bennett regarding tax grievance procedure. |
| | R.C.McDonald | 0.40 | $114.00 | Participated in a conference call with D. Casey and Attorney Bennett regarding tax grievance procedure. |
| | R.C.McDonald | 0.10 | $28.50 | Prepared email to Attorney Oldfield regarding tax grievance procedure. |
| | R.C.McDonald | 0.10 | $28.50 | Consulted with Attorney Bennett regarding tax grievance procedure. |
| | K.M.Bennett | 0.30 | $72.00 | Conferred with Oswego Hospital counsel regarding property tax exemptions. |
| | K.M.Bennett | 0.20 | $48.00 | Conferred with client regarding property tax exemptions. |
| 05/25/10 | C.W.Hill | 0.50 | $145.00 | Telephone conference with D. Casey regarding appearance before tax grievance board to contest tax assessment and allocation of purchase price with Oswego Hospital. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed email from client concerning tax certorari issues in connection with City of Fulton tax assessments. |
| 05/26/10 | K.M.Bennett | 0.30 | $72.00 | Consulted with Attorney McDonald regarding grievance. |
| 06/16/10 | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding results of tax assessment grievance. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 06/17/10 | S.A.Donato | 0.10 | $34.00 | Reviewed email from client regarding Fulton tax assessment response. |
| | K.M.Bennett | 0.30 | $72.00 | Consulted regarding denial or grievance and steps for file Article 7 petition. |
| | R.C.McDonald | 0.10 | $28.50 | Reviewed email from D. Casey regarding tax assessment grievance. |
| | R.C.McDonald | 0.10 | $28.50 | Prepared emails to Attorney Bennett regarding tax assessment grievance. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted by email with Attorney Bennett regarding tax assessment grievance procedures. |
| | C.W.Hill | 0.40 | $116.00 | Office conference with Attorneys McDonald and Donato regarding further information on meeting with City Council and proposed appeal of assessment board decision. |
| | S.A.Donato | 0.20 | $68.00 | Reviewed of appellate procedures regarding tax assessment. |
| | S.A.Donato | 0.10 | $34.00 | Conferred with D. Casey regarding tax assessment. |
| 06/23/10 | C.W.Hill | 0.10 | $29.00 | Telephone conference with Attorney McDonald regarding deadline to appeal City Assessor's grievance decision. |
| 07/14/10 | R.C.McDonald | 0.20 | $57.00 | Consulted with Attorney Bennett regarding tax assessment grievance. |
| 07/19/10 | S.A.Donato | 0.10 | $34.00 | Reviewed assessment reduction correspondence received from the City of Fulton. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred by telephone with D. Casey regarding tax assessment appeal. |
| | R.C.McDonald | 0.20 | $57.00 | Reviewed draft of authorization letter prepared by Attorney Bennett and prepared email to D. Casey. |
| | R.C.McDonald | 0.20 | $57.00 | Consulted by telephone with Attorney Bennett regarding tax assessment appeal. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/19/10 | S.A.Donato | 0.10 | $34.00 | Supplemental consultation with Board President regarding assessment reduction. |
| 07/20/10 | R.C.McDonald | 0.20 | $57.00 | Reviewed emails from D. Casey regarding tax assessment appeal. |
| | S.A.Donato | 0.10 | $34.00 | Conferred with Attorney Woodard regarding tax certorari challenge updates. |
| 07/22/10 | K.M.Bennett | 0.30 | $72.00 | Reviewed notice of petition and petition in tax assessment case. |
| 07/27/10 | K.M.Bennett | 1.50 | $360.00 | Worked on Verified petition and Complaint regarding property tax assessment. |
| | R.C.McDonald | 0.40 | $114.00 | Reviewed draft of tax assessment appeal. |
| 07/28/10 | K.M.Bennett | 1.00 | $240.00 | Reviewed and revised Article 7 petition. |

| | Subtotal: | Hours: | 12.00 | |
|---|---|---|---|---|
| | | Amount: | $3,239.50 | |

## B310: Claims Administration and Objections

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/01/10 | K.M.Doner | 1.00 | $140.00 | Revised objection to Pension Benefit Guaranty Corporation's claim. |
| | K.M.Doner | 0.30 | $42.00 | Revised and finalized notice of hearing objecting to claim no. 169 and electronically filed same with the Court. |
| | K.M.Doner | 0.60 | $84.00 | Finalized objection to claim no. 169 and electronically filed same with the Court. |
| | K.M.Doner | 0.20 | $28.00 | Participated in various office conferences with Attorneys Donato and Kennedy regarding objection to claim no. 169 filed on behalf of the Pension Benefit Guaranty Corporation. |
| | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to Judge Cangilos-Ruiz regarding objection to claim no. 169 filed by the Pension Benefit Guaranty Corporation. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/01/10 | T.L.Kennedy | 0.40 | $80.00 | Consulted with Attorney Donato regarding research with respect to title 29 section 1341(c)(2)(B)(i) and bankruptcy liquidation cases. |
| | T.L.Kennedy | 0.50 | $100.00 | Reviewed draft of objection to Pension Benefit Guaranty Corporation claim and edited and revised draft objection. |
| | T.L.Kennedy | 1.30 | $260.00 | Reviewed Second Circuit Oneida decision. |
| 03/02/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney Donato regarding revisions to objection to Pension Benefit Guaranty Corporation termination premium claim. |
| 03/04/10 | S.A.Donato | 0.60 | $204.00 | Reviewed updated research concerning termination premium claim treatment issues in connection with Pension Benefit Guaranty Corporation claim objection. |
| 03/05/10 | C.W.Hill | 0.30 | $87.00 | Telephone conference with Pension Benefit Guaranty Corporation regarding withdrawal of claim for pension plan termination premiums. |
| 03/08/10 | S.A.Donato | 0.40 | $136.00 | Reviewed Pension Benefit Guaranty Corporation termination premium claim allowance issue and Pension Benefit Guaranty Corporation correspondence regarding same. |
| | S.A.Donato | 0.60 | $204.00 | Initial review of case law regarding under funding calculation claim allowance procedures in connection with Pension Benefit Guaranty Corporation pension claims. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Donato regarding Pension Benefit Guaranty Corporation agreement to withdraw termination premium claim. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/08/10 | C.W.Hill | 1.30 | $377.00 | Reviewed case law regarding treatment of unemployment insurance reimbursement claim as tax claim or unsecured claim. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney Steve Coton at New York State Attorney General Office regarding Department of Labor claim for unemployment insurance reimbursement to claim treatment. |
| | C.W.Hill | 1.60 | $464.00 | Reviewed case law on valuation of Pension Benefit Guaranty Corporation claim for under funded pension amount. |
| 03/09/10 | C.W.Hill | 0.40 | $116.00 | Office conference with Attorney Kennedy regarding Pension Benefit Guaranty Corporation withdrawal of claim for plan termination premiums and Department of Labor response to Department of Labor claim objection. |
| | C.W.Hill | 1.40 | $406.00 | Further research on calculation of pension plan under funding claim. |
| | C.W.Hill | 2.40 | $696.00 | Conducted research regarding treatment of Pension Benefit Guaranty Corporation claims for unpaid minimum contributions and administrative expense and priority claims asserted by Pension Benefit Guaranty Corporation. |
| 03/10/10 | C.W.Hill | 2.70 | $783.00 | Drafted notice of motion and motion to establish notice procedures and bar date for administrative expense claims and Section 503(b)(9) claims. |
| | C.W.Hill | 2.20 | $638.00 | Drafted and revised notice of bar date for administrative expense claims and Section 503(b)(9) claims. |
| | C.W.Hill | 0.80 | $232.00 | Revised and finalized notice of motion and motion to approve bar date. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/11/10 | T.A.Vanetti | 0.30 | $39.00 | Electronically filed with Northern District Bankruptcy Court hearing for approval of procedures and bar date for administration and 503(b)(9). |
| | T.A.Vanetti | 0.30 | $39.00 | Revised and finalized certificate of service for motion and notice for approval of procedures and bar date for administrative and 503(b)(9) claims and electronically filed certificate of service with Northern District Bankruptcy Court. |
| | C.W.Hill | 0.20 | $58.00 | Received and reviewed letter withdrawing Department of Labor administrative expense claim and amended proof of claim filed by Department of Labor. |
| | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to D. Casey regarding Department of Labor claims. |
| 03/12/10 | C.W.Hill | 0.20 | $58.00 | Received and reviewed Department of Labor amended priority claim. |
| | C.W.Hill | 0.30 | $87.00 | Office conference with Attorney Donato regarding objections to Department of Labor and Pension Benefit Guaranty Corporation claims. |
| | C.W.Hill | 0.70 | $203.00 | Further research and shepardizing of cases on treatment of Pension Benefit Guaranty Corporation claims for minimum plan contributions. |
| | S.A.Donato | 0.40 | $136.00 | Initial review of case law concerning Pension Benefit Guaranty Corporation under fundingclaim calculations. |
| 03/15/10 | T.L.Kennedy | 0.50 | $100.00 | Commenced review of Department of Labor response to Debtor's objection to claims. |
| | C.W.Hill | 0.90 | $261.00 | Received and reviewed Department of Labor response to Debtor's claim objection. |