# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/15/10 | C.W.Hill | 0.50 | $145.00 | Preliminary review of case law cited by Department of Labor in response memo of law. |
| 03/16/10 | C.W.Hill | 0.50 | $145.00 | Further review of case law on unemployment insurance benefit claims as priority claims. |
| 03/18/10 | C.W.Hill | 0.20 | $58.00 | Received and reviewed correspondence from Pension Benefit Guaranty Corporation withdrawing claim for pension plan termination premiums. |
| 03/19/10 | K.M.Doner | 0.20 | $28.00 | Participated in office conference with Attorney Hill regarding withdrawal of objection to Pension Benefit Guaranty Corporation claim dealing with termination premiums and objections to other portions of its claim. |
| | C.W.Hill | 0.20 | $58.00 | Consulted with K. Doner regarding Pension Benefit Guaranty Corporation withdrawal of termination premium claim and request to withdraw Debtor's objection to termination premium claim. |
| | C.W.Hill | 0.20 | $58.00 | Conferred with A. Feldman regarding case status and third-party offer to purchase claims. |
| 03/22/10 | T.L.Kennedy | 2.00 | $400.00 | Commenced research with respect to response to Department of Labor pleading. |
| | K.M.Doner | 0.30 | $42.00 | Reviewed file materials, prepared letter withdrawing objection to Pension Benefit Guaranty Corporation and electronically filed same with the Court. |
| | C.W.Hill | 0.30 | $87.00 | Office conference with Attorney Kennedy regarding reply to response filed by Department of Labor to claim objection. |
| 03/23/10 | T.L.Kennedy | 1.80 | $360.00 | Continued research with respect to response to New York State Department of Labor pleading. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 03/23/10 | T.L.Kennedy | 0.50 | $100.00 | Reviewed Department of Labor memorandum in preparation for drafting response regarding classification of claim as a tax entitled to priority. |
| | T.L.Kennedy | 1.70 | $340.00 | Commenced drafting response to Department of Labor papers. |
| 03/24/10 | T.L.Kennedy | 2.70 | $540.00 | Continued drafting response to Department of Labor papers. |
| 03/25/10 | T.L.Kennedy | 2.70 | $540.00 | Continued drafting and revising response to New York State Department of Labor. |
| | S.A.Donato | 0.60 | $204.00 | Initial review of the New York State Department of Labor response in connection with unemployment priority claim request. |
| | C.W.Hill | 0.10 | $29.00 | Office conference with Attorney Donato regarding reply to Department of Labor response to claim objection. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with V. Murrell and C. Hanson regarding administrative bar date motion and status of Medical Office Building sale. |
| 03/29/10 | C.W.Hill | 3.90 | $1,131.00 | Reviewed and revised reply to Department of Labor response to claim objection. |
| 03/30/10 | T.L.Kennedy | 0.50 | $100.00 | Consulted with Attorneys Donato and Hill regarding revisions needed to Debtor's reply to Department of Labor. |
| | K.M.Doner | 0.20 | $28.00 | Finalized reply to New York State Department of Labor's memorandum of law in opposition to Debtor's objection to allowance of claims and electronically filed same with the Court. |
| | K.M.Doner | 0.20 | $28.00 | Prepared and served reply upon interested parties, prepared certificate of service and electronically filed same with the Court. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 03/30/10 | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to Judge Cangilos-Ruiz regarding reply to New York State Department of Labor's memorandum of law in opposition to Debtor's objection to allowance of its claims. |
| | S.A.Donato | 1.60 | $544.00 | Reviewed and revised hospital reply to Department of Labor priority claim allowance request. |
| | C.W.Hill | 1.40 | $406.00 | Revised and finalized Debtor's reply to Department of Labor responding memorandum of law on claim objection. |
| | C.W.Hill | 0.60 | $174.00 | Conducted research regarding amendments of tax claims after expiration of bar date. |
| | S.A.Donato | 0.80 | $272.00 | Reviewed updated case law and prepared final revisions to responsive pleadings regarding same. |
| 04/01/10 | T.A.Vanetti | 0.40 | $52.00 | Prepared and electronically filed certificate of service for order approving procedures, bar date and claim form. |
| | C.W.Hill | 0.50 | $145.00 | Appeared at Bankruptcy Court hearing in support of objection to Department of Labor claim. |
| | C.W.Hill | 0.30 | $87.00 | Appeared at Bankruptcy Court hearing in support of motion to establish administrative claim bar date. |
| | C.W.Hill | 0.40 | $116.00 | Drafted order approving administrative claim bar date, notice and procedures. |
| 04/02/10 | C.W.Hill | 0.60 | $174.00 | Telephone conference with D. Casey regarding result of April 1, 2010 Bankruptcy Court hearings, Medical Office Building sale status and Pension Benefit Guaranty Corporation claims issues. |
| | C.W.Hill | 0.40 | $116.00 | Telephone conference with V. Murrell and C. Hansen regarding case status and Pension Benefit Guaranty Corporation amended proof of claims. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 04/07/10 | C.W.Hill | 1.70 | $493.00 | Reviewed applicable bank account statements and valuation standards of Pension Benefit Guaranty Corporation claim or plan under funding. |
| 04/08/10 | C.W.Hill | 3.70 | $1,073.00 | Conducted research regarding case law on treatment of administrative priority claims asserted by Pension Benefit Guaranty Corporation. |
| 04/09/10 | C.W.Hill | 1.90 | $551.00 | Continued researching treatment of administrative claims asserted by Pension Benefit Guaranty Corporation in connection with plan termination. |
| 04/14/10 | C.W.Hill | 1.10 | $319.00 | Reviewed case law regarding treatment of priority claim asserted for pension payments. |
| 04/29/10 | K.M.Doner | 0.20 | $28.00 | Participated in telephone conference with D. Casey and Attorney Hill regarding claims of Magnetic Diagnostics Resources. |
| | C.W.Hill | 0.40 | $116.00 | Reviewed proof of claim analysis performed by Debtor. |
| 04/30/10 | K.M.Doner | 0.20 | $28.00 | Participated in telephone conference with Attorney Hill regarding claim objection issues. |
| 05/04/10 | C.W.Hill | 0.20 | $58.00 | Reviewed claims analyses materials in preparation for meeting with K. Doner to discuss same. |
| 05/06/10 | C.W.Hill | 0.50 | $145.00 | Reviewed status and amounts of administrative claims in preparation for Bankruptcy Court hearing on fee requests. |
| | C.W.Hill | 0.60 | $174.00 | Telephone conference with Pension Benefit Guaranty Corporation attorneys Murrell and Hanson regarding Pension Benefit Guaranty Corporation amended proofs of claim. |
| 05/07/10 | S.A.Donato | 0.60 | $204.00 | Reviewed Pension Benefit Guaranty Corporation claims in connection with proposed plan treatment and initial outline of Pension Benefit Guaranty Corporation claim objections. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/10/10 | T.L.Kennedy | 0.30 | $60.00 | Reviewed Court's memorandum decision regarding claims objection. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Kennedy regarding decision overruling objection to Department of Labor claim. |
| | C.W.Hill | 0.30 | $87.00 | Reviewed memorandum-decision overruling objection to Department of Labor claim. |
| 05/11/10 | C.W.Hill | 0.10 | $29.00 | Received and reviewed Department of Labor notice of benefit reimbursement charges for April 2010. |
| | C.W.Hill | 0.30 | $87.00 | Drafted email to Attorney Murrell regarding retention of actuary and request to file amended proofs of claim. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with H. Ryder regarding stipulation establishing Cardinal Health claims. |
| 05/12/10 | C.W.Hill | 0.10 | $29.00 | Telephone conference with representative of SEIU 1199 regarding procedure for filing administrative proof of claim. |
| 05/16/10 | T.L.Kennedy | 2.20 | $440.00 | Continued to review pleadings, Bankruptcy Court Department of Labor Claim priority decision and relevant case law pursuant to analyzing options available to Lee Memorial. |
| | T.L.Kennedy | 0.60 | $120.00 | Commenced drafting outline of points upon which to base an appeal or motion for reconsideration of the Court's decision regarding the Department of Labor's claim priority. |
| 05/17/10 | T.L.Kennedy | 1.00 | $200.00 | Continued to draft outline of points upon which to base a motion for reconsideration or an appeal of Court's decision regarding Department of Labor's claim priority. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/17/10 | T.L.Kennedy | 0.30 | $60.00 | Reviewed effect of changes in Bankruptcy rule deadlines to Lee Memorial's time window to file a motion to reconsider or a notice to appeal. |
| | T.L.Kennedy | 0.90 | $180.00 | Reviewed file, case law, pleadings and decision in preparation for consulting with Attorneys Donato and Hill regarding Lee Memorial's options. |
| | C.W.Hill | 1.00 | $290.00 | Office conference with Attorneys Donato and Kennedy to discuss estate's response to decision overruling objection to Department of Labor priority claim. |
| | S.A.Donato | 1.10 | $374.00 | Reviewed Department of Labor tax claim Bankruptcy Court decision and reviewed and outlined decision in preparation for Board of Directors meeting. |
| | T.L.Kennedy | 1.20 | $240.00 | Continued to review relevant case law. |
| 05/19/10 | T.L.Kennedy | 0.30 | $60.00 | Consulted with Attorney Hill regarding strategy. |
| | T.L.Kennedy | 0.30 | $60.00 | Consulted with Attorney Donato regarding strategy. |
| | C.W.Hill | 0.40 | $116.00 | Office conference with Attorney Donato regarding potential appeal of Department of Labor decision. |
| | C.W.Hill | 0.30 | $87.00 | Office conference with Attorney Kennedy regarding results of Board of Directors meeting and Department of Labor appeal analysis. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with D. Casey regarding review of decision of Bankruptcy Court regarding unemployment tax and analysis of options. |
| 05/20/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney Hirsh regarding creditor Committee position on appeal of Department of Labor claim decision. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/20/10 | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Kennedy regarding preparation of notice of appeal regarding Department of Labor claim decision. |
| | C.W.Hill | 0.20 | $58.00 | Revised and finalized notice of appeal regarding Department of Labor claim decision. |
| | T.L.Kennedy | 0.90 | $180.00 | Drafted and revised notice of appeal. |
| 05/21/10 | K.M.Doner | 0.30 | $42.00 | Finalized notice of appeal of order allowing New York State Department of Labor claim and electronically filed same, together with Election on Appeal, with the Court. |
| 05/25/10 | C.W.Hill | 0.30 | $87.00 | Telephone conference with M. Pollack and J. Mirabito at Fulton Savings Bank regarding status of Fulton Savings Bank claim and payment from Medical Office Building sale. |
| 05/28/10 | K.M.Doner | 0.10 | $14.00 | Participated in telephone conferences with Attorney Hill regarding administrative claims filed to date in this case. |
| | C.W.Hill | 0.20 | $58.00 | Received and reviewed Department of Health request for administrative claim. |
| 06/01/10 | C.W.Hill | 0.10 | $29.00 | Telephone conference with S. Koton regarding potential conference call with creditors' Committee on claim issues. |
| | C.W.Hill | 0.10 | $29.00 | Emailed correspondence to creditors' Committee and Attorney Koton regarding claim issues. |
| | C.W.Hill | 0.10 | $29.00 | Participated in conference call with Attorneys Hirsh and Koton regarding possible settlement of Department of Labor claim and appeal issues. |
| | C.W.Hill | 0.10 | $29.00 | Received and reviewed Debtor's response to administrative claim request filed by SEIU 1199 training fund. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 06/01/10 | C.W.Hill | 0.50 | $145.00 | Telephone conference with D. Casey regarding SEIU and Department of Health administrative claims. |
| 06/02/10 | C.W.Hill | 0.50 | $145.00 | Telephone conference with D. Casey regarding Debtor's review of Department of Health administrative claim. |
| | C.W.Hill | 0.30 | $87.00 | Drafted email correspondence to counsel for 1199 SEIU training fund regarding administrative claim. |
| | C.W.Hill | 0.20 | $58.00 | Reviewed documents provided by Debtor regarding Department of Health administrative claim. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with N. Lord regarding Debtor's response to Department of Health Request for administrative claim. |
| 06/03/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with D. Casey regarding status of Debtor's review of Department of Health claim request with various Department of Health personnel. |
| 06/04/10 | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Donato regarding modification and settlement of Department of Labor claim. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney Kozlowski regarding settlement of Department of Labor claim. |
| | C.W.Hill | 0.30 | $87.00 | Drafted letter to Bankruptcy Court regarding resolution of Department of Labor claim and timing for filing designation and record and statement of issues on appeal. |
| | C.W.Hill | 0.20 | $58.00 | Reviewed and revised stipulation settling Department of Labor claim and withdrawing appeal. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 06/07/10 | C.W.Hill | 0.30 | $87.00 | Drafted email to creditors Committee and Department of Labor counsel regarding revisions to stipulation allowing Department of Labor claim. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney Koton regarding Department of Labor claim stipulation on effect of conversion or dismissal on stipulated agreement. |
| 06/08/10 | K.M.Doner | 0.50 | $70.00 | Reviewed claims register and calculated amount of administrative claims in preparation for confirmation hearing. |
| | C.W.Hill | 0.20 | $58.00 | Reviewed revised stipulation settling Department of Labor claim. |
| | C.W.Hill | 0.30 | $87.00 | Office conference with K. Doner regarding claims review issues. |
| 06/09/10 | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to D. Casey regarding outstanding administrative claims. |
| 06/11/10 | K.M.Doner | 0.20 | $28.00 | Participated in telephone conference with Attorney Hill regarding withdrawal of appeal. |
| | K.M.Doner | 0.40 | $56.00 | Reviewed file materials and drafted notice of withdrawal of appeal of Court's memorandum-decision. |
| | K.M.Doner | 0.30 | $42.00 | Revised and finalized notice of withdrawal of appeal and electronically filed same with the Court. |
| | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to Judge Cangilos-Ruiz regarding withdrawal of appeal. |
| | C.W.Hill | 0.20 | $58.00 | Revised notice of withdrawal of appeal. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with K. Doner regarding filings and service of notice of withdrawal of appeal. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 06/14/10 | C.W.Hill | 0.10 | $29.00 | Email correspondence to Attorney Nicole Grunfeld regarding 1199 SEIU payroll information request. |
| 06/18/10 | C.W.Hill | 0.40 | $116.00 | Reviewed City of Fulton claim for unpaid water bills and Section 366 utility payment order. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Hill regarding unpaid City utility bills. |
| 06/23/10 | C.W.Hill | 0.10 | $29.00 | Reviewed City of Fulton water bill revised analysis. |
| 06/25/10 | T.L.Kennedy | 0.70 | $140.00 | Researched issue of when a claim must arise in order to receive approval as an administrative expense pursuant to section 503. |
| 06/28/10 | C.W.Hill | 0.60 | $174.00 | Reviewed case law on basis for allowance of administrative claims. |
| | C.W.Hill | 0.40 | $116.00 | Drafted email correspondence to Attorney Greenfield regarding 1199 training fund request for March 2009 contribution amount as administrative claim. |
| 06/30/10 | C.W.Hill | 0.50 | $145.00 | Telephone conference with D. Casey regarding 1199 training fund calculation of contributions under collective bargaining agreement. |
| 07/01/10 | C.W.Hill | 1.00 | $290.00 | Drafted email correspondence to Linda Sauer-Milford regarding Milliman appointment and Pension Benefit Guaranty Corporation amended proofs of claim. |
| 07/02/10 | C.W.Hill | 0.50 | $145.00 | Reviewed Pension Benefit Guaranty Corporation proof of claim forms and supporting documentation in preparation for conference call with Roscoe Haynes of Milliman, Inc. |
| | C.W.Hill | 0.70 | $203.00 | Participated in conference call with Roscoe Haynes regarding calculation of Pension Benefit Guaranty Corporation proofs of claim. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/02/10 | C.W.Hill | 0.20 | $58.00 | Emailed correspondence with Pension Benefit Guaranty Corporation counsel regarding meeting with actuaries to review claim calculations. |
| 07/07/10 | K.M.Doner | 0.20 | $28.00 | Participated in various office conferences with Attorney Hill regarding claim objection process and timing issues. |
| | C.W.Hill | 0.70 | $203.00 | Office conference with Attorney Daley regarding review of Pension Benefit Guaranty Corporation proofs of claim. |
| | S.C.Daley | 0.50 | $170.00 | Reviewed claim and ERISA provisions regarding same. |
| 07/09/10 | S.C.Daley | 1.00 | $340.00 | Reviewed additional research materials regarding Pension Benefit Guaranty Corporation claims related to distress termination of defined benefit plan. |
| | R.D.Bordoni | 0.20 | $68.00 | Consulted with Attorney Hill regarding calculation of payments owed to 1199 Upstate training fund. |
| | C.W.Hill | 0.70 | $203.00 | Further research on calculation of SEIU 1199 training fund claim and language of collective bargaining agreement. |
| | C.W.Hill | 0.30 | $87.00 | Drafted email to Attorney Grunfeld regarding March 2009 payroll information for training fund claim. |
| 07/13/10 | C.W.Hill | 1.00 | $290.00 | Participated in conference call with Pension Benefit Guaranty Corporation and actuaries regarding calculations of Pension Benefit Guaranty Corporation claims. |
| 07/15/10 | C.W.Hill | 0.10 | $29.00 | Conference call with Pension Benefit Guaranty Corporation regarding claim issues. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/19/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with D. Casey regarding key employee incentive plan payments, claim objections and New York State Supreme Court petition issues. |
| 07/21/10 | C.W.Hill | 0.10 | $29.00 | Telephone conference with Attorney Herb Ryder regarding Cardinal Health claim stipulation on administration and unsecured claims. |
| | C.W.Hill | 0.20 | $58.00 | Emailed correspondence to Attorney Grunfeld regarding allowance of SEIU training fund administrative claim. |
| 07/22/10 | T.A.Vanetti | 1.10 | $143.00 | Drafted stipulation and order allowing SEIU 1199 training and Upgrading Fund administrative claim. |
| | C.W.Hill | 0.30 | $87.00 | Reviewed Pension Benefit Guaranty Corporation claim calculations and email from Pension Benefit Guaranty Corporation counsel regarding same. |
| 07/23/10 | C.W.Hill | 0.60 | $174.00 | Reviewed Pension Benefit Guaranty Corporation calculation of administrative and priority claims. |
| | C.W.Hill | 0.30 | $87.00 | Reviewed draft stipulation and order allowing 1199 SEIU administrative claim. |
| | T.A.Vanetti | 0.50 | $65.00 | Revised draft stipulation and order regarding training and upgrade fund. |
| 07/26/10 | C.W.Hill | 0.70 | $203.00 | Reviewed and revised stipulation and order regarding set-off of credits and allowing pre-petition claim of Cardinal Health. |
| | C.W.Hill | 0.10 | $29.00 | Finalized 1199 SEIU claim stipulation and order. |
| | C.W.Hill | 0.10 | $29.00 | Drafted email correspondence to 1199's counsel regarding claim issue. |
| 07/27/10 | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to Attorney Ryder regarding Cardinal Health claim stipulation. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 07/27/10 | C.W.Hill | 1.10 | $319.00 | Reviewed case law regarding treatment of Pension Benefit Guaranty Corporation administrative and priority claims. |
| | C.W.Hill | 1.20 | $348.00 | Participated in conference call with D. Casey and actuary R. Haynes regarding Pension Benefit Guaranty Corporation claim calculations. |
| 07/29/10 | S.A.Donato | 0.20 | $68.00 | Conferred with City of Fulton counsel regarding reversionary claim quantitative issue and proof of claim filing strategies. |
| | S.A.Donato | 0.20 | $68.00 | Conferred with D. Casey regarding City of Fulton claim. |

Subtotal:     Hours:              99.00
                    Amount:     $25,721.00

## B320: Plan and Disclosure Statement (including Business Plan)

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 03/04/10 | K.M.Doner | 0.30 | $42.00 | Participated in office conference with Attorney Hill regarding timing for balloting package, plan confirmation and related issues. |
| 03/05/10 | C.W.Hill | 1.50 | $435.00 | Finalized amended disclosure statement. |
| | C.W.Hill | 2.20 | $638.00 | Revised and finalized amended chapter 11 plan of liquidation. |
| | C.W.Hill | 0.40 | $116.00 | Revised and finalized liquidation analysis - Exhibit B to amended plan. |
| 03/10/10 | C.W.Hill | 0.40 | $116.00 | Telephone conference with Bankruptcy Court Chambers regarding scheduling of confirmation hearing and related deadlines. |
| 03/11/10 | C.W.Hill | 0.60 | $174.00 | Telephone conference with D. Casey regarding terms of amended plan and disclosure statement, timing of confirmation hearing and Department of Labor and Pension Benefit Guaranty Corporation claim treatments. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/11/10 | C.W.Hill | 1.10 | $319.00 | Revised plan and disclosure statement and prepared blacklined copies for Court. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with T. Vanetti regarding filing of final version of plan and disclosure statement and procedures for serving creditor solicitation packages. |
| 03/12/10 | T.A.Vanetti | 0.40 | $52.00 | Electronically filed amended chapter 11 plan and amended disclosure statement with Bankruptcy Court. |
| | C.W.Hill | 1.70 | $493.00 | Revised and finalized chapter 11 plan and disclosure statement and exhibits and black lined copies of same. |
| | C.W.Hill | 0.30 | $87.00 | Telephone conference with Bankruptcy Court Chambers to confirm date for confirmation hearing, ballot deadline and objection deadline. |
| 03/15/10 | C.W.Hill | 0.30 | $87.00 | Office conference with K. Doner regarding timing of confirmation hearing and contents and service of plan solicitation packages. |
| 03/16/10 | K.M.Doner | 0.20 | $28.00 | Participated in various telephone conferences with Attorney Hill regarding balloting package. |
| | K.M.Doner | 0.20 | $28.00 | Participated in office conference with T. Vanetti regarding balloting package. |
| | C.W.Hill | 0.20 | $58.00 | Received and reviewed order approving disclosure statement, scheduling conference hearing and setting deadlines. |
| 04/05/10 | K.M.Doner | 1.70 | $238.00 | Reviewed file materials and drafted ballot. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with K. Doner regarding assembly and service of plan solicitation packages. |
| 04/06/10 | K.M.Doner | 0.10 | $14.00 | Participated in office conference with Attorney Hill regarding chapter 11 ballot. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/06/10 | K.M.Doner | 0.20 | $28.00 | Revised chapter 11 ballot. |
| | C.W.Hill | 0.40 | $116.00 | Reviewed and revised ballot for plan solicitation package. |
| | C.W.Hill | 0.10 | $29.00 | Reviewed proposed Committee letter in support of plan. |
| | C.W.Hill | 0.20 | $58.00 | Drafted email correspondence to Committee counsel regarding revisions to letter in support of plan. |
| 04/07/10 | K.M.Doner | 0.20 | $28.00 | Began preparation of balloting package. |
| | K.M.Doner | 0.30 | $42.00 | Reviewed file materials and drafted notice of motion for third extension of acceptance period. |
| | K.M.Doner | 2.20 | $308.00 | Reviewed file materials and drafted motion for third extension of acceptance period. |
| | K.M.Doner | 0.20 | $28.00 | Participated in office conference with Attorney Hill regarding motion to extend acceptance period. |
| | C.W.Hill | 0.60 | $174.00 | Revised motion for third extension of acceptance period. |
| 04/08/10 | K.M.Doner | 1.80 | $252.00 | Began assembling balloting packages for distribution to all creditors and parties in interest. |
| | K.M.Doner | 1.30 | $182.00 | Revised and finalized notice of motion and motion for third extension of acceptance period and electronically filed same with the Court. |
| | K.M.Doner | 0.20 | $28.00 | Prepared and served notice of motion and motion for third extension of acceptance period, prepared certificate of service and electronically filed same with the Court. |
| | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to Judge Cangilos-Ruiz and interested parties regarding motion for third extension of acceptance period. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/09/10 | K.M.Doner | 1.00 | $140.00 | Continued assembling balloting packages. |
| 04/12/10 | K.M.Doner | 3.00 | $420.00 | Continued assembling balloting packages to be served upon all creditors and parties in interest. |
| 04/15/10 | K.M.Doner | 0.40 | $56.00 | Prepared certificates of service of balloting package and electronically filed same with the Court. |
| | K.M.Doner | 0.20 | $28.00 | Conferred with representative of Usherwood Office Technology regarding balloting package. |
| 04/19/10 | K.M.Doner | 0.50 | $70.00 | Began receiving ballots and prepared summary report with respect to same. |
| | S.A.Donato | 0.50 | $170.00 | Conferred with D. Casey regarding Medical Office Building lease extension issues and reviewed plan liquidation procedures. |
| 04/21/10 | K.M.Doner | 0.20 | $28.00 | Received and reviewed additional ballots and updated report. |
| | K.M.Doner | 0.20 | $28.00 | Corresponded with Attorneys Donato and Temes regarding inquiries from various creditors concerning the balloting package. |
| | S.A.Donato | 0.10 | $34.00 | Reviewed email from client regarding balloting procedures and issues. |
| | S.C.Temes | 0.40 | $84.00 | Reviewed and drafted correspondence regarding balloting procedure. |
| | S.A.Donato | 0.20 | $68.00 | Conferred with client regarding balloting issues. |
| 04/22/10 | K.M.Doner | 0.20 | $28.00 | Received and reviewed additional ballots and updated report to include same. |
| 04/27/10 | K.M.Doner | 0.50 | $70.00 | Received and reviewed numerous ballots and updated report to reflect same. |
| 04/29/10 | K.M.Doner | 0.40 | $56.00 | Received and reviewed additional ballots and updated report to include same. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 04/30/10 | K.M.Doner | 0.30 | $42.00 | Received and reviewed additional ballots and updated report to reflect same. |
| | C.W.Hill | 0.30 | $87.00 | Telephone conference with K. Doner regarding status of ballot solicitation and claims review process. |
| 05/03/10 | K.M.Doner | 0.20 | $28.00 | Received and reviewed additional returned ballots and updated report to include same. |
| 05/05/10 | C.W.Hill | 0.20 | $58.00 | Telephone conference with Attorney Kinsella regarding Oswego Hospital request for language in confirmation order. |
| 05/10/10 | K.M.Doner | 0.30 | $42.00 | Received and reviewed additional ballots and updated report to include same. |
| 05/11/10 | C.W.Hill | 0.10 | $29.00 | Reviewed confirmation order language proposed by Oswego Hospital. |
| 05/12/10 | C.W.Hill | 0.10 | $29.00 | Received and reviewed Oswego Hospital's statement in response to confirmation of Debtor's plan. |
| 05/17/10 | S.A.Donato | 0.70 | $238.00 | Initial outline of chapter 11 confirmation requirements in preparation for confirmation hearing. |
| 05/18/10 | S.A.Donato | 2.10 | $714.00 | Prepared for Board meeting regarding chapter 11 plan and Oswego Hospital real property closing updates. |
| 05/20/10 | K.M.Doner | 0.40 | $56.00 | Received and reviewed additional ballots and updated report to reflect same. |
| 05/25/10 | K.M.Doner | 0.20 | $28.00 | Received and reviewed additional ballots and updated report to reflect same. |
| 05/28/10 | K.M.Doner | 0.20 | $28.00 | Received and reviewed additional ballots and updated report to reflect same. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 06/01/10 | K.M.Doner | 1.20 | $168.00 | Reviewed file materials and prepared ballot certification and related materials. |
| | K.M.Doner | 0.20 | $28.00 | Participated in office conference with Attorney Hill regarding ballot certification. |
| | C.W.Hill | 0.40 | $116.00 | Review ballot certification in preparation for confirmation hearing. |
| | S.A.Donato | 0.40 | $136.00 | Reviewed updates concerning HEAL Grant draws in connection with chapter 11 confirmation preparation issues. |
| 06/02/10 | K.M.Doner | 1.50 | $210.00 | Finalized ballot certification and related materials and electronically filed same with the Court. |
| | K.M.Doner | 0.20 | $28.00 | Outlined, drafted and finalized correspondence to Judge Cangilos-Ruiz regarding ballot certification. |
| | C.W.Hill | 0.20 | $58.00 | Reviewed ballot certification for confirmation hearing. |
| | C.W.Hill | 0.20 | $58.00 | Received and reviewed Pension Benefit Guaranty Corporation objection to confirmation. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Donato regarding Pension Benefit Guaranty Corporation confirmation objection. |
| | S.A.Donato | 0.40 | $136.00 | Initial review of Pension Benefit Guaranty Corporation plan objections. |
| 06/04/10 | C.W.Hill | 0.40 | $116.00 | Preliminary preparation of checklist for confirmation hearing. |
| 06/07/10 | S.A.Donato | 0.90 | $306.00 | Initial outline in preparation for chapter 11 confirmation hearing and align 1129(a) standards. |
| | C.W.Hill | 0.30 | $87.00 | Office conference with Attorney Donato in preparation for confirmation hearing regarding testimony and evidence to be presented. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/08/10 | K.M.Doner | 0.30 | $42.00 | Participated in various telephone conferences with Attorney Hill regarding confirmation hearing and related issues. |
| | S.A.Donato | 0.60 | $204.00 | Continued preparation for confirmation hearing. |
| | S.A.Donato | 0.30 | $102.00 | Complete outline concerning 1129 proof standards. |
| | R.C.McDonald | 0.20 | $57.00 | Conferred with Attorney Hill regarding closing status and upcoming confirmation hearing. |
| | C.W.Hill | 0.50 | $145.00 | Telephone conference with Pension Benefit Guaranty Corporation counsel regarding confirmation objection and amended proofs of claim. |
| | C.W.Hill | 3.20 | $928.00 | Analyzed and prepared claims analysis in preparation for confirmation hearing and meeting with D. Casey. |
| 06/09/10 | K.M.Doner | 0.10 | $14.00 | Participated in telephone conference with Attorney Donato regarding confirmation hearing. |
| | S.A.Donato | 2.00 | $680.00 | Continued preparation for chapter 11 confirmation hearing. |
| | C.W.Hill | 3.50 | $1,015.00 | Attend meeting with D. Casey to prepare for confirmation hearing. |
| | C.W.Hill | 0.20 | $58.00 | Telephone conference with Bankruptcy Court Chambers regarding proffer of proof of feasibility at confirmation hearing. |
| | C.W.Hill | 0.30 | $87.00 | Outlined liquidation analysis for confirmation hearing. |
| | S.A.Donato | 1.90 | $646.00 | Conferred with D. Casey regarding preparation of 1129 testimony. |
| 06/10/10 | C.W.Hill | 0.80 | $232.00 | Prepared feasibility analysis for confirmation hearing. |
| | C.W.Hill | 2.90 | $841.00 | Prepared for confirmation hearing. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 06/10/10 | C.W.Hill | 0.40 | $116.00 | Office conference with D. Casey regarding updated feasibility analysis. |
| | C.W.Hill | 0.10 | $29.00 | Telephone conference with creditors Committee counsel regarding past confirmation operating expenses. |
| | C.W.Hill | 2.00 | $580.00 | Attend Bankruptcy Court hearing to confirm chapter 11 plan. |
| | S.A.Donato | 0.90 | $306.00 | Conferred with D. Casey regarding 1129 standards and final modifications to proposed offer of proof in connection with confirmation hearing. |
| | S.A.Donato | 1.50 | $510.00 | Prepared for and attend confirmation hearing. |
| | S.A.Donato | 0.30 | $102.00 | Conferred with Creditors Committee counsel regarding terms and conditions for final confirmation order. |
| 06/11/10 | K.M.Doner | 0.40 | $56.00 | Reviewed file materials and drafted order extending acceptance period. |
| 06/14/10 | C.W.Hill | 3.60 | $1,044.00 | Drafted order confirming chapter 11 plan. |
| 06/15/10 | K.M.Doner | 0.20 | $28.00 | Finalized proposed order further extending Debtor's acceptance period and electronically submitted same to the Court for approval. |
| 06/23/10 | K.M.Doner | 0.30 | $42.00 | Prepared and served order granting third extension of Debtor's acceptance period, prepared certificate of service and electronically filed same with the Court. |
| 07/06/10 | C.W.Hill | 0.20 | $58.00 | Reviewed Pension Benefit Guaranty Corporation revisions to confirmation order. |
| | C.W.Hill | 0.10 | $29.00 | Drafted email to Pension Benefit Guaranty Corporation counsel regarding Pension Benefit Guaranty Corporation revisions to confirmation order. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

## A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/07/10 | C.W.Hill | 0.30 | $87.00 | Further review of Pension Benefit Guaranty Corporation order and Pension Benefit Guaranty Corporation objection to confirmation. |
| 07/09/10 | C.W.Hill | 0.40 | $116.00 | Reviewed Pension Benefit Guaranty Corporation objections to confirmation of plan and confirmation order regarding payment of interest on disputed claims. |
| | C.W.Hill | 0.50 | $145.00 | Drafted email to Attorney Murrell in response to Pension Benefit Guaranty Corporation request for insertion of language on the payment of interest on disputed claims. |
| 07/12/10 | K.M.Doner | 0.20 | $28.00 | Finalized proposed order confirming chapter 11 case and prepared same for submission to the Court. |
| | K.M.Doner | 0.30 | $42.00 | Outlined, drafted and finalized correspondence to Judge Cangilos-Ruiz and interested parties regarding proposed confirmation order. |
| | S.A.Donato | 0.30 | $102.00 | Reviewed Pension Benefit Guaranty Corporation email regarding confirmation order comments. |
| | C.W.Hill | 0.30 | $87.00 | Emailed correspondence with Pension Benefit Guaranty Corporation regarding confirmation order language and claim review. |
| | C.W.Hill | 0.40 | $116.00 | Revised and finalized confirmation order with Pension Benefit Guaranty Corporation revisions. |
| | C.W.Hill | 0.20 | $58.00 | Office conference with Attorney Donato regarding filing of confirmation order and status of Pension Benefit Guaranty Corporation claims. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 07/16/10 | K.M.Doner | 0.30 | $42.00 | Prepared and served order confirming chapter 11 plan of liquidation upon interested parties, prepared certificate of service and electronically filed same with the Court. |
| | Subtotal: | Hours: | 69.30 | |
| | | Amount: | $17,280.00 | |

**Total Hours and Fees For This Matter:**          487.00          $124,121.50

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

IRS. NO. 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

A. L. LEE MEMORIAL HOSPITAL

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| K. M. Bennett | 6.00 | $240.00 | $1,440.00 |
| R. D. Bordoni | 0.20 | 340.00 | 68.00 |
| S. C. Daley | 6.50 | 340.00 | 2,210.00 |
| S. A. Donato | 63.20 | 340.00 | 21,488.00 |
| J. B. Elleman | 6.00 | 295.00 | 1,770.00 |
| C. W. Hill | 177.20 | 290.00 | 51,388.00 |
| R. C. McDonald | 74.40 | 285.00 | 21,204.00 |
| F. J. Patyi | 0.60 | 270.00 | 162.00 |
| K. M. Pole | 8.50 | 215.00 | 1,827.50 |
| T. L. Kennedy | 26.50 | 200.00 | 5,300.00 |
| S. C. Temes | 4.70 | 210.00 | 987.00 |
| K. S. Weber | 31.00 | 165.00 | 5,115.00 |
| M. M. Burchill | 3.90 | 120.00 | 468.00 |
| K. M. Doner | 51.50 | 140.00 | 7,210.00 |
| T. A. Vanetti | 26.80 | 130.00 | 3,484.00 |
| **Total** | 487.00 | | $124,121.50 |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

IRS. NO. 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 25, 2010
Bill Number: 19423547

### A. L. LEE MEMORIAL HOSPITAL

**Matter Disbursement Summary**

| | |
|---|---:|
| Color Copy Charges | $362.25 |
| Computerized Research | 276.72 |
| Copy Charges | 4,364.40 |
| Courier Service | 23.17 |
| Court Costs | 305.00 |
| Document Fee | 22.00 |
| Fax Charges | 61.00 |
| Filing Fee | 255.00 |
| Lexis | 1,053.61 |
| Long Distance Telephone Charges | 228.13 |
| Outside Copy Charges | 2,810.88 |
| Postal Service | 2,290.47 |
| Title Company | 830.00 |
| Title Search | 910.00 |
| Travel Expense | 259.00 |
| **Total Disbursements** | **$14,051.63** |

**TOTAL FOR THIS MATTER**          **$138,173.13**