**EXHIBIT "B"**

# THE ALBERT LINDLEY LEE MEMORIAL HOSPITAL
# EXHIBIT "B'
# TOTAL DISBURSEMENTS

| Disbursement Type | Disbursement Total |
|---|---:|
| Long Distance Telephone | $228.13 |
| Color Copy Charges | $362.25 |
| Copy Charges | $4,364.40 |
| Outside Copy Charges | $2,810.88 |
| Postage | $2,290.47 |
| Courier Service | $23.17 |
| Fax Charges | $61.00 |
| Filing Fee | $255.00 |
| Travel Expense | $259.00 |
| Computerized Research | $276.72 |
| Court Costs | $305.00 |
| Title Company | $830.00 |
| Title Search | $910.00 |
| Document Fee | $22.00 |
| Lexis | $1,053.61 |
| **Total Disbursements** | **$14,051.63** |

**EXHIBIT "C"**

# THE ALBERT LINDLEY LEE MEMORIAL HOSPITAL
## Chapter 11 Case No. 09-30845
## Local Travel Disbursements for Period March 31, 2010

| Name | Travel Date | Amount | Description |
|---|---|---|---|
| C. Hill | 5/19/2010 | $37.00 | Traveled to Fulton, NY to attend Board Meeting |
| R. McDonald | 6/2/2010 | $36.00 | Traveled to Fulton, NY to attend meeting |
| C. Hill | 6/9/2010 | $37.00 | Traveled to Fulton, NY to attend client meeting |
| R. McDonald | 6/15/2010 | $41.00 | Traveled to Fulton, NY to attend meeting with Fulton City Council |
| R. McDonald | 7/6/2010 | $36.00 | Travel to Fulton, NY to attend public hearing |
| T. Gural | 7/29/2010 | $36.00 | Travel to Fulton, NY for document pick up |
| T. Gural | 7/30/2010 | $36.00 | Travel to Fulton, NY for document pick up |
| **Total Travel Disbursements** | | **$259.00** | |