**SO ORDERED.**

**SIGNED this 12 day of October, 2010.**



_____
**MARGARET CANGILOS-RUIZ
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                            Chapter 11

THE ALBERT LINDLEY LEE MEMORIAL       Case No. 09-30845 (MCR)
HOSPITAL a/k/a A.L. LEE MEMORIAL
HOSPITAL,

                         Debtor.
-----------------------------------------------------------x

**ORDER APPROVING FOURTH INTERIM APPLICATION
OF ARENT FOX LLP, AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM MARCH 1, 2010 THROUGH JULY 31, 2010**

Upon the Fourth Interim Application (the "Application") of Arent Fox LLP ("Arent Fox") counsel to the Official Committee of Unsecured Creditors (the "Committee") of The Albert Lindley Lee Memorial Hospital a/k/a A.L. Lee Memorial Hospital (the "Debtor") for allowance of compensation for professional services performed by Arent Fox during period commencing March 1, 2010 through and including July 31, 2010 (the "Fee Period"); and Arent Fox having consented to a voluntary reduction in fees and expenses in the amounts of $9,050.75 and $47.14,

NYC/528404.1

respectively; and a hearing having been held before the Court on September 16, 2010 to consider the relief requested in the Application; and notice having been given pursuant to Federal Rule of Bankruptcy Procedure 2002(c)(2) and Local Bankruptcy Rule 2002-1(a)(5); and due consideration having been given to any responses to the Application; and sufficient cause having been shown therefor, it is hereby:

ORDERED, that the Application is hereby granted as set forth herein; and it is further

ORDERED, that pursuant to 11 U.S.C. § 330, Arent Fox is hereby awarded a fourth interim allowance of fees in the amount of $75,969.25, plus reimbursement of expenses incurred in the amount of $2,447.32, for a total award of $78,416.57, in connection with its representation of the Committee herein; and it is further

ORDERED, that the Debtor is hereby authorized and directed to make payment in full within five (5) days of entry of this Order; and it is further

ORDERED, that this award does not prejudice Arent Fox from seeking additional compensation for future services provided to the Committee, upon proper application.

###