UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

THE ALBERT LINDLEY LEE MEMORIAL HOSPITAL
a/k/a A. L. LEE MEMORIAL HOSPITAL,

Debtor.

Case No. 09-30845
Chapter 11 Case

# NOTICE OF HEARING ON DEBTOR'S OBJECTION TO ALLOWANCE OF CLAIM NOS. 130 THROUGH 142 AND CLAIM NO. 183 FILED BY THE CITY OF FULTON

**PLEASE TAKE NOTICE**, that debtor The Albert Lindley Lee Memorial Hospital a/k/a A.L. Lee Memorial Hospital (the "Debtor") by and through its counsel, Bond, Schoeneck & King, PLLC, will move before the Honorable Margaret Cangilos-Ruiz, United States Bankruptcy Judge for the Northern District of New York, at the United States Courthouse, 100 South Clinton Street, Syracuse, New York, on the 17th day of March, 2011 at 11:30 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. § 502(b) and Rule 3007 of the Federal Rules of Bankruptcy Procedure disallowing and expunging, in their entirety, Proofs of Claim Nos. 130 through 142 in the total amount of $35,819.53 and Claim No. 183 in an undetermined amount filed by the City of Fulton, and awarding such other relief as this Court deems just and proper.

**PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE OBJECTION, YOU MUST SERVE ON THE DEBTOR'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE OBJECTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS OBJECTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE OBJECTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE OBJECTION AS UNOPPOSED.**

Dated: February 14, 2011
Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By: /s/ Camille W. Hill
Camille W. Hill, Esq.
*Attorneys for the Debtor*
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Facsimile: (315) 218-8100

TO:

Ronald L. Woodward, Sr., Mayor
City of Fulton
Fulton Municipal Building
141 South First Street
Fulton, NY 13069

City Chamberlain, City of Fulton
c/o David H. Hawthorne, Esq.
188 South Third Street
Fulton, NY 13069

City Chamberlain
City of Fulton
Fulton Municipal Building
141 South First Street
Fulton, NY 13069

City of Fulton
c/o Menter, Rudin & Trivelpiece, P.C.
Attn: Jeffrey A. Dove, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

Guy A. Van Baalen, Esq.
Office of the United States Trustee
105 U.S. Courthouse
10 Broad Street
Utica, NY 13501

Robert M. Hirsh, Esq.
Arent Fox LLP
*Attorneys for Creditors Committee*
1675 Broadway
New York, NY 10019

All parties filing Notices of Appearance